IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

    Plaintiffs,

v.                                     No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

    Defendants.

### MOTION FOR EXTENSION OF TIME ANSWER OR OTHERWISE PLEAD

Come the Defendants Campbell County, Tennessee, Ron McClellan, Charles Scott, Jeff Hall, and Sheriff Gary Perkins, by and through counsel, and hereby move the Court, pursuant to Federal Rule of Civil Procedure 6, for the entry of an Order allowing them up until and including February 28, 2007, in which to answer or otherwise plead to the Plaintiffs' Complaint. In support of this Motion, these Defendants submit the Affidavit of Arthur F. Knight, III, and a Memorandum of Facts and Law.

WHEREFORE, Defendants Campbell County, Tennessee, Ron McClellan, Charles Scott, Jeff Hall, and Sheriff Gary Perkins, respectfully request that their Motion for Extension of Time to Answer or Otherwise Plead be granted.

Respectfully submitted,

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Becker, Fleishman & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 522-5057
e-mail: jcatchot_bfbk@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, a copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III

2