IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

    Plaintiffs,

v.                                         No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

    Defendants.

STATE OF TENNESSEE  }
                              }
COUNTY OF KNOX      }

## AFFIDAVIT OF ARTHUR F. KNIGHT, III

    Comes the Affiant, Arthur F. Knight, III, and being duly sworn according to law, makes oath as follows:

    1.    My name is Arthur F. Knight, III. I am licensed to practice law in the State of Tennessee and have been so continuously since 1993. I am a member of the United

States District Court for the Eastern District of Tennessee, United States District Court for the Middle District of Tennessee, the Sixth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. I am counsel of record for Defendants Campbell County, Tennessee, Ron McClellan, Charles Scott, Jeff Hall, and Sheriff Gary Perkins, in the above-captioned matter.

2. This action was commenced in the Circuit Court for Campbell County, Tennessee on December, 21, 2006. It was removed to the United States District Court on January 19, 2007. Because of my heavy litigation and trial schedule, and in order to properly answer or otherwise plead to Plaintiffs' Complaint, I am requesting up until and including February 28, 2007, in which to answer or otherwise plead to Plaintiffs' Complaint.

3. Accordingly, in light thereof, I have filed a Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, up until and including February 28, 2007.

Further Affiant saith not.

_____
Arthur F. Knight, III

Sworn to and subscribed before me this
____ day of February, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 4/6/08

2