IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

    Plaintiffs,

v.                                No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

    Defendants.

<u>MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION FOR EXTENSION OF TIME ANSWER OR OTHERWISE PLEAD</u>

    The instant action was filed December 21, 2006. It was removed to the United States District Court on January 19, 2007. Because of the undersigned counsel's heavy litigation, trial and deposition schedule, Defendants Campbell County, Tennessee, Ron McClellan, Charles Scott, Jeff Hall, and Sheriff Gary Perkins, are requesting up until and including February 28, 2007, in which to answer or otherwise plead to the Plaintiffs' Complaint. Plaintiffs will not be prejudiced by this brief request for additional time.

Respectfully submitted,

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Becker, Fleishman & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 522-5057
e-mail: jcatchot_bfbk@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, a copy of the foregoing Memorandum in Support of Motion for Extension of Time to Answer or Otherwise Plead was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III

2