IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

 Plaintiffs,

v.                No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

 Defendants.

## SUGGESTION OF DEATH

  Come the Defendants, Campbell County, Tennessee, Ron McClellan, Charles Scott, Jeff Hall, and Sheriff Gary Perkins, by and through counsel, and suggest the death of Jeff Hall, pursuant to Fed.R.Civ.P. 25. Mr. Hall was sued in his official capacity only as Mayor of Campbell County, Tennessee. (*See* Complaint, ¶1). Mr. Hall died February 17, 2007.

Respectfully submitted,

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Becker, Fleishman & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 522-5057
e-mail: jcatchot_bfbk@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2007, a copy of the foregoing Suggestion of Death was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III