# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| APRIL ANN HARVEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:07-cv-22 |
| V. ) | Phillips |
| ) | |
| CAMPBELL COUNTY, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF EXTENSION

This matter is before the Court upon defendants' motion for extension of time to answer or otherwise plead [Doc. 2]. Plaintiffs have not filed an objection to defendants' motion. For good cause stated, defendants' motion for extension [Doc. 2] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE