# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| APRIL ANN HARVEY, next friend Ramsey Robert Harvey, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:07-CV-22 Phillips |
| CAMPBELL COUNTY, *et al.*, ) ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

The instant action was removed on January 19, 2007. However, to date, none of the defendants have filed an answer. Plaintiffs are **DIRECTED** to **SHOW CAUSE** in writing on or before **September 28, 2007,** as to why this action should not be dismissed for failure to prosecute.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge