# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### at Knoxville

| | |
|---|---|
| **APRIL ANN HARVEY,** *bnf Ramsey* *Robert Harvey*, *et al*,   )<br>)<br>**Plaintiffs,**   )<br>)<br>v.   )<br>)<br>**CAMPBELL COUNTY, TN,** *et al*,   )<br>)<br>**Defendants.**   ) | No. 3:07-CV-22<br>(Phillips/Guyton) |

## NOTICE OF SCHEDULING CONFERENCE

The referenced case has been set for a scheduling conference on **October 22, 2007** at **10:00** a.m. In preparation for the scheduling conference, you may review my standard scheduling order which can be accessed by visiting the court's web page at www.tned.uscourts.gov. At the web page, access "Judicial Preferences" and select Judge Thomas W. Phillips. An example is provided of both a jury and non-jury standard scheduling order. *(It is not necessary for the parties to prepare a proposed scheduling order. The standard scheduling order will be entered following the conference.)*

Additionally, parties should make every effort to conduct their Rule 26(f) planning meeting prior to the scheduling conference or have the meeting completed and the report filed with the Court within 10 days after the conference. Counsel and their clients should also discuss whether mediation is appropriate and be prepared to inform the

Court of their positions at the scheduling conference. Should the parties wish to consent for trial before the assigned Magistrate Judge, please notify the Court prior to this hearing.

In May, 2004, the U.S. District Court implemented an electronic case manage and filing system. By order of this Court, all attorneys are expected to participate in ECF and file all pleadings electronically OR show cause why they cannot do so. If you have questions about electronic filing, please contact my courtroom deputy, Janet M. Jackson at (865) 545-4234 ext. 236 for more information.

Out-of-state/out-of-district counsel may participate in scheduling conferences by phone. To make arrangements to participate by phone or to discuss conflicts with this scheduling, please contact my courtroom deputy, Janet M. Jackson, at the number above.

          s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE