**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

APRIL ANN HARVEY, wife and next of kin to her husband, Ramsey Robert Harvey, deceased; RYAN A. HARVEY, a minor child and next of kin to his father Ramsey Robert Harvey, deceased by and through his mother and next friend, MISTY L. GILLIAM,

Plaintiffs,

v. No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE; Former Campbell County Sheriff RON MCCLELLAN, individually and in his official capacity as Sheriff; Former Campbell County Chief CHARLES SCOTT, individually and in his official capacity as chief deputy; Campbell County Deputy Sheriff RICHARD LOWE, individually and in his official capacity as a Campbell County Deputy Sheriff; JEFF HALL as Mayor of Campbell County, Tennessee; and SHERIFF GARY PERKINS, in his official capacity as Sheriff of Campbell County, Tennessee,

Defendants.

## MOTION TO CHANGE SCHEDULING CONFERENCE

Come the Defendants Campbell County, Tennessee, Ron McClellan and Charles Scott, by and through counsel, and respectfully moves the court for an entry of an order changing the scheduling conference presently set for October 22, 2007 at 10:00 a.m. to another date, as counsel for Defendants has to be in Chancery Court for Anderson County, Tennessee, on a Writ of Certiorari Petition filed by Plaintiff, Deborah Ripley v. Anderson

County Board of Education, Anderson County Chancery Court Docket Number: 07CH6804..

WHEREFORE, Defendants, Campbell County, Tennessee, Ron McClellan and Charles Scott, respectfully request that the scheduling conference be changed to a time convenient for counsel for these Defendants.

Respectfully submitted,

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Becker, Fleishman & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 522-5057

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, a copy of the foregoing Motion to Change Scheduling Conference was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III