## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

     Plaintiffs,

v.

No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

     Defendants.

STATE OF TENNESSEE  )
                     )
COUNTY OF KNOX      )

## AFFIDAVIT OF ARTHUR F. KNIGHT, III

Comes the Affiant, Arthur F. Knight, III, and being duly sworn according to law,

makes oath as follows:

1.    My name is Arthur F. Knight, III. I am licensed to practice law in the State of

Tennessee and have been so continuously since 1993. I am a member of the United

States District Court for the Eastern District of Tennessee, United States District Court for the Middle District of Tennessee, the Sixth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. I am counsel of record for Defendants, Campbell County, Tennessee, Ron McClellan and Charles Scott in the above-captioned matter.

2.     I received notification from the court that the scheduling conference is to be held October 22, 2007, at 10:00 a.m. Unfortunately, I am counsel for the Anderson County Board of Education in a case styled Deborah Ripley v. Anderson County Board of Education, Anderson County Chancery Court Docket Number: 07CH6804 and will be in court on October 22, 2007, representing the Anderson County Board of Education in that matter on a Writ of Certiorari Petition filed by Ms. Ripley. Accordingly, I respectfully request that the scheduling conference, presently set for October 22, 2007, be changed. I have made inquiry with both of my law partners and both have conflicts which prohibit them from appearing at the aforementioned scheduling conference.

Further Affiant saith not.

Arthur F. Knight, III

Sworn to and subscribed before me this ___ day of October, 2007.

NOTARY PUBLIC

My Commission Expires: _____