# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **APRIL ANN HARVEY, bnf Ramsey Robert Harvey, et al,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No. 3:07-cv-22 (Phillips/Guyton) |
| **CAMPBELL COUNTY, TN, et al,** ) ) | |
| **Defendants.** ) | |

## NOTICE OF LIMITED AND/OR SPECIAL APPEARANCE OF COUNSEL

Comes now E. Jerome Melson of the law firm of Gentry, Tipton & McLemore, P.C., 900 South Gay Street, Suite 2300, Riverview Tower, Knoxville, Tennessee 37902, and gives notice of a limited and/or special appearance of counsel on behalf of Richard Lowe for the purpose of filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 4(m).

Respectfully submitted this the 24th day of October, 2007.

/s/E. Jerome Melson
E. Jerome Melson  # 013340
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901-1990
865-525-5300

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2007, a copy of the foregoing **Notice of Limited and/or Special Appearance of Counsel** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      /s/E. Jerome Melson
      E. Jerome Melson
      TN BPR # 013340

EJM/dbt: \\Lowe - Harvey vs 5711\P Notice of Appearance 10-24-07.doc