UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 3:07-cv-22     **At** Knoxville     **Date** 10/25/2007

**Style**     April Ann Harvey, *et. al.*    **vs**    Campbell County, *et. al.*

**PRESENT: HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE**

Jason Huffaker     N/A
**Deputy Clerk**     **Court Reporter**

**ATTORNEY PRESENT FOR PLTFS:**     **ATTORNEYS PRESENT FOR DEFTS:**
William T. Wray, Jr. (via telephone)     Arthur F. Knight, III
    E. Jerome Melson

**PROCEEDINGS: Scheduling Conference.** The court orally denied with leave to renew [11] Motion to Dismiss by Richard Lowe(Individually), Richard Lowe(in his official capacity as a Campbell County Deputy Sheriff). Plaintiffs was given 30 days to properly server Defendant Lowe. Rule 26(f) meeting has not been held and a discovery plan is to be filed. Settlement deemed as "unknown". Final pretrial conference scheduled for January 20, 2009 at 9:00 a.m. and jury trial scheduled for January 26, 2009 at 9:00 a.m. in Courtroom 4 before the Honorable Thomas W. Phillips, United States District Judge. The trial is expected to last five days. Scheduling order to follow.

Time    1:55 p.m.     **to**     2:10 p.m.