AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE EASTERN District of TENNESSEE AT KNOXVILLE

APRIL ANN HARVEY, bnf Ramsey Robert Harvey, et al,

V.

CAMPBELL COUNTY, TN, et al,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-cv-22

12/18/07
12/19/07
12/20/07
12/27/07
01/02/08
01/04/08

TO: (Name and address of Defendant)

Richard Lowe
705 Indian Cane Road
Blaine, TN 37709

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Spivey
142 Cherokee Street
Kingsport, TN 37660

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK          11/26/07
CLERK                              DATE

_Francis Maher_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/04/08
*Date*

*Signature of Server* Wendell Hudling

GRAINGER CO. SHERIFF'S DEPT.
*Address of Server* P.O. BOX 5
RUTLEDGE, TN 37861

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.