## WALTERS STATE COMMUNITY COLLEGE

## DIVISION OF PUBLIC SAFETY

## EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

### RICHARD L. LOWE

has successfully completed a 453 hour course of study in

### BASIC POLICE RECRUIT SCHOOL

conducted at GREENEVILLE , Tennessee.    From 7-15-02  To 9-06-02

*INSTRUCTOR/COORDINATOR*

SEPTEMBER 6, 2002
*DATE*

*DEAN*

*VICE PRESIDENT*

*PRESIDENT*

Case 3:07-cv-00022    Document 20-1    Filed 09/26/08    Page 1 of 45    PageID #: 20

722



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

R. D-4 PK CLAIBORNE
SHERIFF

### Application for Employment
As of 02/06/03

865 - 254-4833

4832



# Campbell County Sheriff's Department

P.O. BOX 62 · JACKSBORO, TENNESSEE  37757 · 423-562-7446

RON McCLELLAN
SHERIFF

**Employment Application**

Name: _Lowe_____ _Richard_____ _L_
    Last                                    First                    M.

Address: _141 Bruce Gap Rd_  _Caryville_  _TN_  _37714_
         Street                        City                ST.    ZIP Code

Position Applied For: _Deputy_____  Date: _6-22-05_

Check All That Apply:
Full-Time: (✓)    Part-Time: ( )    Regular: ( )    Auxiliary: ( )

## An Equal Opportunity Employer

Campbell County Sheriff's Department is an Equal Opportunity organization. The Department policy is to treat all employees and applicants without regard to race, color, religion, sex, age, national origin, disability, or veteran status. This policy applies to all aspects of employment, including recruitment, hiring, training, compensation, benefits, and promotion.



# Campbell County Sheriff's Department

P.O. BOX 82 • JACKSBORO, TENNESSEE 37757 • 423-562-7446

RON McCLELLAN
SHERIFF

**General Information**

Were you ever in the U.S. military service? Yes: ( ) No: (✓)

Have you ever been convicted of a felony? Yes: ( ) No: (✓)

Were you ever employed under a different name? Yes: ( ) No: (✓)
If yes, list them here: _____

Explain any lapses in employment which are longer than three (3) months.

_____

_____

**Comments:**

Include here any additional information you feel will help us evaluate your qualifications for this position.
You may attach extra sheets if necessary.

_____

_____

_____

**Agreement And Certification**

**Non-binding Application and Interview process**: Submission of this application does not entitle me to be interviewed by the **Campbell County Sheriff's Department**. Further nothing in this application or any other department documents or in the employment evaluation process shall it be construed as either an officer or contract of employment or an obligation on the part of **Campbell County Sheriff's Department** to provide any benefit to me. No employment relationship shall be effective unless and until there is an approved **Campbell County Sheriff's Department** Notice of Personnel Action.

**Duration of this Application**: This application will be considered active for six (6) months. I understand that I must reapply to **Campbell County Sheriff's Department** by completing a separate application each six (6) months if I wish to be considered for any vacancies.

**Employment-At-Will**: I understand that my employment and compensation can be terminated with or without cause, and with or without notice, at any time at the option of either **Campbell County Sheriff's Department** or myself. I understand no supervisor or representative of **Campbell County Sheriff's Department**, except the **Sheriff**, has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing. Further, I understand that false or misleading information given in this application or interview(s) may result in discharge. I also reaffirm my permission for **Campbell County Sheriff's Department** or its agent to conduct a background investigation as outlined on the attached "Reference Check Authorization and Release form."

**Compliance with Guidelines and Policies**: In consideration of my employment, I agree to conform to the rules and regulations of the **Campbell County Sheriff's Department**.

I have read and fully understand the above.

Date: 6 - 22 - 05                    Signature: _____



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON MCCLELLAN
SHERIFF

---

## Work Experience

You may attach a resume as part of this application, however, you must complete all items below. List all relevant employment beginning with the most recent.

**Job Number One:**

Employment Dates: From (Mo/Yr) 1 - 05 To (Mo/Yr) 4 - 05

Starting Salary: 8.00 h Final Salary: 8.00 hr

Employer: Lafollette Police Department

Nature of Business: Patrol Officer            Phone: (423) 561-8331

Employer Address: 215 South 1N AVE Lafollette        TN    37766
                        Street                City        State    Zip

Position Held: Patrolman        Supervisor's Name: Ben Baird

Responsibilities: Road Officer

Reason for Leaving: Pay Raise

---

**Job Number Two:**

Employment Dates: From (Mo/Yr) 6 - 03 To (Mo/Yr) 1 - 05

Starting Salary: 22,000 Final Salary: 23,000

Employer: Union Co. Sheriff's Department

Nature of Business: Deputy -            Phone: (   )   -

Employer Address:
                        Street                City        State    Zip

Position Held: Deputy        Supervisor's Name: Willy Evans

Responsibilities: Road Officer

Reason for Leaving: Better Job

---



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

---

**Personal Data**

36
yoa

Name: Lowe   Richard   L.   Social Security No.: 409 - 98 4833
_____Last_____First_____M.

Address: 141 Bruce Gap Rd   Caryville   TN   37714   D.O.B  11-21-68
_____Street_____City_____State___Zip
254 - 4833

Telephone: (865) 254 4833   Business: (423) 542 - 8331   Other: ( ) ___-___

If you have previously been employed by Campbell County Sheriff's Department indicate departments and dates:
No

How did you learn of this position:
Friend

When can you report to work: 6-23-05   Salary Desired: Road Officer Salary

**Education and training:**
Please furnish the following information for all education and training which qualifies you for the position you are seeking.

Name and Location of School   2002   Major   No. of Yrs. Attended:   Type of Degree/Certificate Awarded:

Walters State Police Academy   Basic Recruit   8 wks   POST Certificate

**Membership in professional, civic, or other relevant organizations:**

~~List any other skills you may have (i.e. typing) below:~~

**Spreadsheet, Database, Word Processing, and Office skills:**
Typing Speed: _____ wpm   Use Dictaphone: _____   Take shorthand: _____

---

① SRO AT Knox County
    for 6years        South Doyle, Fulton

② Supervisor
        Steve Griffin

③ Union County

    Supervisor
        Sheriff
    Patrol + SRO

④



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

---

## Work Experience

You may attach a resume as part of this application, however, you must complete all items below. List all relevant employment beginning with the most recent.

**Job Number One:**

**Employment Dates**: From (Mo/Yr) _____ To (Mo/Yr) _____

**Starting Salary**: _____ **Final Salary**: _____

**Employer**: _____

**Nature of Business**: _____ **Phone**: ( ) ____ - _____

**Employer Address**: _____
           Street                  City         State      Zip

**Position Held**: _____ **Supervisor's Name**: _____

**Responsibilities**: _____

**Reason for Leaving**: _____

---

**Job Number Two:**

**Employment Dates**: From (Mo/Yr) _____ To (Mo/Yr) _____

**Starting Salary**: _____ **Final Salary**: _____

**Employer**: _____

**Nature of Business**: _____ **Phone**: ( ) ____ - _____

**Employer Address**: _____
           Street                  City         State      Zip

**Position Held**: _____ **Supervisor's Name**: _____

**Responsibilities**: _____

**Reason for Leaving**: _____



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-567-7446

RON McCLELLAN
SHERIFF

**Drivers License**: 64759946 **Date of Birth**: 11-21-68

**Height**: 5-6" **Weight**: 180

**Are you a Citizen of the U.S.?** Yes: (✓) No: ( )

***Ethnic Group**: White: (✓) Black: ( ) Spanish American: ( ) Other: ( )

***Marital Status**: Married: ( ) Single: (✓) Divorced: ( )

***Number in family**: _____ ***Number of Dependents**: _____

**Do you have a limited English speaking ability?** Yes: (✓) No: ( )

Eligibility Information:

**Are you employed at the present time?** Yes: (✓) No: ( )

**Are you a veteran of the armed forces of the U.S.?** Yes: ( ) No: (✓)

**Do you have any handicaps or any ailment that may impair your working efficiency?**
Yes: ( ) No: (✓)

_____
_____
_____

**Have you ever been convicted of any violation of the law other than a minimum traffic violation?** Yes: ( ) No: (✓)

Most Recent Employment:

**Employer**: LaFollette Police Department **Address**: 215 S. TN Ave. LaFollette
**Phone**: 423-562-8331 **Position**: Patrolman
**May We Contact Them**: Yes: (✓) No: ( )

**Give References other than relatives or supervisors listed in the above questions:**

| Name | Address | Years Known |
|------|---------|-------------|
| Sgt. J. Jeffries | LPD | 7 |
| Billy Ford | 9024 Hillside Dr Maxot | 15 |

**Have you ever been finger printed?** Yes: (✓) No: ( )
**Father's Name**: Richard Dykes **Mother's Name**: Betty Dykes

**I certify that this information is true to the best of my knowledge and belief.**
**Date**: 6-22-05 **Phone where you can be reached**: (423) 254-4833

_____
Signature



# Campbell County Sheriff's Department

P.O. BOX 82 • JACKSBORO, TENNESSEE 37757 • 423-562-7446

RON McCLELLAN
SHERIFF

# Reference Check Authorization and Liability Release Form:

TO WHOM IT MAY CONCERN:

I, Richard Lowe , give the Campbell County Sheriff's Department my permission to verify oral and written information from me with past employers, and Federal, State, financial or academic institutions. This information may include, but is not necessarily limited to the following:

- Companies with which I have been employed
- Position Title
- Dates of Employment
- Salary History
- Reason for Termination
- All Academic Records
- All Criminal Conviction Records

I also release any individual, company or institution, third party investigation service, and the Campbell County Sheriff's Department from any liability whatsoever in furnishing such information.

**I have read and fully understand the above.**

Date: 6-22-05             Signature:



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

Date: 08/10/05

From: Don E. Farmer, Captain/ Training Officer

To: Post Commission, Attention: Gaye Rye

Re: Change of status

Richard L. Lowe was employed as a full-time Deputy Sheriff with the Campbell County Sheriff's Department on 07/18/05. He was employed with the LaFollette Police Department as a full-time officer. There has not been a break in service. The Campbell County Sheriff's Department accepts his physical and psychological evaluations.

RICHARD L. LOWE
D.O.B. 11/21/68
S.S.N. 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
CERTIFICATION # 04-05

Thank you,

Don E. Farmer

Don E. Farmer, Captain/ Training Officer

Registration No. _____ **04-05**_____

# State of Tennessee
# Peace Officer Standards and Training Commission

*This is to certify that*
## Richard L. Lowe

*has met all the requirements cited in Title 38, Chapter 8, of the Tennessee Code Annotated, and is therefore qualified to serve as a Law Enforcement Officer in the State of Tennessee.*

**January 16, 2004**

_____
*Chairman*

_____
*Governor*

SF-0780 Rev. 11-84

# State of Tennessee
# Peace Officer Standards and Training Commission

*This is to certify that*

**Richard L. Lowe**

*has met all the requirements cited in Title 38, Chapter 8, of the Tennessee Code Annotated, and is therefore qualified to serve as a Law Enforcement Officer in the State of Tennessee.*

**January 16, 2004**

_____
Chairman

_____
Governor

SF-0780 Rev. 11-84

# Tennessee Bureau of Investigation



## Issues This Certificate, Hereby Certifying That

# RICHARD LEE LOWE

has completed a prescribed course of instruction by the Tennessee Bureau of Investigation in

### INTOXIMETER EC-IR OPERATION

which is required by Bureau policy to meet and maintain standards for the performance of law enforcement duties or required by law to be performed by or under the direction of the Bureau in the furtherance of law enforcement.

**Recommended:**

_Dave M Ferguson_
Instructor

Executed this 3RD day of SEPTEMBER, 2002

**Approved:**

_Mark Gwyn_
Deputy Assistant Director

_Larry Wallace_
Director

BI-0063

# Certificate of Attendance

*This certifies that*

**Richard L. Lowe**

*has successfully completed a 36-hour in-service on*
**Criminal Interdiction**
*the week of August 2 – 6, 2004 coordinated by*
*the District Attorney General's Domestic Violence Unit.*



*Sher L. Byrd*

Sher L. Byrd, District Coordinator
8th Judicial District Attorney General's
Domestic Violence Unit

08/06/04
*Date*

WALTERS STATE COMMUNITY COLLEGE

DIVISION OF PUBLIC SAFETY

EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

### RICHARD LOWE

has successfully completed a _40_ hour course of study in

### SCHOOL RESOURCE OFFICER

conducted at _SEVIERVILLE_ , Tennessee.     From_7-7-03_ To_7-11-03

INSTRUCTOR/COORDINATOR

JULY 11, 2003
DATE

DEAN

VICE PRESIDENT

PRESIDENT

Case 3:07-cv-00022  Document 20-1  Filed 09/26/08  Page 16 of 45  PageID #: 35

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331



Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org

TO: David G. Young, City Administrator
FROM: Ben Baird, Chief of Police
DATE: February 09, 2005

RE: Employment of Richard Lowe as a Reserve Police Officer

It is my recommendation that Richard Lowe be hired as a reserved police officer for the City of LaFollette.

Mr. Lowe is certified as an officer with Post and is qualified.

*approved.*
*David G. Young*
*2-9-05*

# PAYROLL CHANGE NOTICE

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN 37766

Date _2-9-05_     Social Security # _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_

Name _Richard Lowe_     Job Title _Reserve Police officer_

Street Address _7513 Applecross Rd_

City/State/Zip _Corryton, Tn._ _37721_     Phone (865) _254-4833_

Department _Dep Police_     Shift _____

**Check Appropriate Box:**

    _X_ Enter on Payroll
    ___ Change Rate
    ___ Remove from Payroll
    ___ Change Title/Classification to: _Police officer_
    ___ Change Status to: ___ Full Time   _X_ Part Time   ___ Temporary
    ___ Leave of Absence: Paid? ___ Yes ___ No
    ___ Address/Information Change: _____

    ___ Transfer to: (Department) _____
    ___ Change Shift to: _____
    ___ Change Withholding Rate (Complete New W-4 Form)
    ___ Deduct Family Dental Coverage

| Date Effective | 2-9-05 | Hour | 8.00 |
|---|---|---|---|
| Old Rate | | Per | |
| New Rate | | Per | |
| Date of Last Payroll Change | | | |

**Reason for Payroll Change:**

    ___ Pay Level Increase ___ Promotion ___ See Performance Appraisal
    _X_ New Employee ___ Other _____

**Reason for Termination: (Please Complete Employee Separation Report)**

    ___ Voluntary ___ Discharged ___ Laid Off ___ Other

**Remarks:**

_____

_____

**Authorization:**

Employee Signature: _____    Date: _2-9-05_

Supervisor Signature: _____    Date: _____

City Administrator: _____    Date: _____



# STATE OF TENNESSEE

## DEPARTMENT OF HEALTH
AMENDED    07/22/1969

MALE

NAME    RICHARD LEE LOWE, JR.    SEX

DATE OF BIRTH    NOVEMBER 21, 1968    CERT. No.    141-1968-059937

COUNTY OF BIRTH    KNOX    DATE ISSUED    JANUARY 28, 2005

NOVEMBER 29, 1968

FILE DATE

This is to certify that the birth of the person named on this certificate occurred on the date and at the place shown. The original certificate was filed with the Tennessee Department of Health, Office of Vital Records, within one year after the event unless otherwise stated. Reproduction of this document is prohibited. Do not accept unless on security paper with seal. Tennessee Code Annotated 68-3-101 et. seq, Vital Records Act of 1977.

Kenneth S. Robinson, M.D.
COMMISSIONER

Sharon M. Leinbach
STATE REGISTRAR

## CERTIFICATION OF BIRTH

V 572826

RDA/NA



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

Date: 08/10/05

From: Don E. Farmer, Captain/ Training Officer

To: Post Commission, Attention: Gaye Rye

Re: Change of status

Richard L. Lowe was employed as a full-time Deputy Sheriff with the Campbell County Sheriff's Department on 07/18/05. He was employed with the LaFollette Police Department as a full-time officer. There has not been a break in service. The Campbell County Sheriff's Department accepts his physical and psychological evaluations.

RICHARD L. LOWE
D.O.B. 11/21/68
S.S.N. 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
CERTIFICATION # 04-05

Thank you,

*Don E. Farmer*

Don E. Farmer, Captain/ Training Officer

## PERSONAL RECORDS CHECK

**REASON:** Employment

**NAME:** Richard Lee Lowe

**D.O.B.** 11-21-68

**S.S.#:** 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

**RACE:** W **SEX:** M

**D.L.#** 667599946

**N.C.I.C. RESULTS:** Negative

**D.L. # RESULTS:** Negative

**DATE:** 1-31-05 **OPERATOR NAME:** Brenda Moses / TAC

(865) Richard Lowe
254-4833



Ben will be
here 9 AM on
Monday 31 Jan

James



COMPREHENSIVE



**CIS**

INDUSTRIAL
SERVICES
PHYSICAL THERAPY

**NAME:** RICHARD LOWE   **DATE:** 2 7 05

**COMPANY:** CITY OF LAFOUETTE **MD:**

**ARMS:** 75.1 **lbs.** 26 **% LEGS:** 218.0 **lbs.** 46 **%**

**ROM:** WNL **RTW:** **NEWHIRE:** ✓ **PASS:** ✓

**FAIL:** **REASON:**

**SIGNATURE OF PT OR PTA:**

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331

Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org



JULY 14, 2005

TO WHOM IT MAY CONCERN:

I RAN A BACK GROUND CHECK ON RICHARD LOWE. I CHECKED WITH THE UNION
COUNTY SHERIFF OFFICE AND THEY STATED THE ONLY PROBLEM THEY KNEW
ABOUT WAS AT THE MIDDLE SCHOOL.

I SPOKE WITH A PRINCIPAL THERE NAMED MS. CARTER. SHE ADVISED ME THAT
THERE WAS SOME PORN ON A COMPUTER THAT LOWE HAD USED. SHE SAID THE
COMPUTER WAS IN THE LIBRARY AND OTHER PEOPLE HAD ACCESS TO IT. SHE
DID NOT BELIEVE THAT LOWE HAD ANYTHING TO DO WITH THE PORN ON THE
COMPUTER AND SHE GAVE HIM A GOOD RECOMMENDATION FOR A JOB.

*Jack Widener*
*Lafollette P.D.*

**"PRIDE,  DEDICATION  AND  SERVICE"**

# CAMPBELL COUNTY GOVERNMENT
## EMPLOYEE ADD/CHANGE NOTICE
### FISCAL YEAR 2005-2006

Notification Date _**1 - 3 - 05**_          Effective Date _**12 - 29 - 05**_

Employee Name _**Richard Love**_

Social Security # _**409 - 98 - 4833**_

Mailing Address
and Phone Number _**Park Place, Caryville, Tennessee**_
_**no phone**_

*Circle appropriate classification*
*for designated job listed above*

(**Classified Full Time**)     **Classified Part Time**

*Fill in correct information*

**Salary** _____

**Hourly Rate** _____

Account Number _____

Changes are: _**termination**_

*New hire, termination, account*
*number change, etc.*

Remarks:
* Who the employee is Replacing,
*full time, part-time, temporary, etc.*

---

| *FMS Use Only* | System # [        ] | Budget Code # [        ] |
|---|---|---|

Department Head _**Charles E. Scott**_          _**1 - 3 - 05**_
                                                     Date

Payroll Supervisor _____
                                                     Date

Director of Finance _____
                                                     Date



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

SHERIFF

DATE: 07-18-2005

E.E. HILL & SON INSURANCE CO.
P.O. BOX 1406
LAFOLLETTE, TN 37766

| | |
|---|---|
| REF: | Richard L. Lowe |
| D.O.B.: | 11-21-1968 |
| S.S.N.: | 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 |
| ADDRESS: | |
| | Caryville ,TN 37714 |
| D.L. #: | 66759946 |

GENTLEMEN:

PLEASE BE ADVISED THAT THE ABOVE NAMED INDIVIDUAL HAS BEEN
APPOINTED TO FULL TIME PAID DEPUTY WITH OUR DEPARTMENT.

PLEASE ADD TO OUR BOND AND LIABILITY LIST.

THANK YOU,

SINCERELY,

RON W. McCLELLAN
SHERIFF, CAMPBELL COUNTY



# CONFIRMATION OF MEDICAL EXAMINATION
## (To be completed by a licensed physician)

OFFICER: _Richard    Lowe_                    SSN: _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_

AGENCY: _Union   County_

## TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the examining physician for the purpose of police officer certification. Upon completion of physical evaluation, the examining physician should sign the appropriate statement and this form should be returned to the law enforcement agency. This form should then be attached to the Application for Certification — Police Officer, and should be forwarded to the POST Commission.

## TO THE EXAMINING PHYSICIAN

Pursuant to Tennessee Code Annotated, Section 38-8-106, applicants for police certification must have passed a physical examination by a licensed physician. Upon completion of evaluation, please sign the appropriate statement and return this document to the law enforcement agency.

## CONFIRMATION STATEMENT OF ATTENDING PHYSICIAN

I have performed a medical examination and find that this officer is:

☑ PHYSICALLY FIT — This person is physically fit within a reasonable degree of medical certainty.

☐ NOT PHYSICALLY FIT — This person is not physically fit for the following reasons:

_____

_____

_____

Comment: _____

_____

_____          _2595 maynardville hwy_
(Signature of Licensed Physician)         (Street Address)

_10/30/03_     _865-992-2223_        _Maynardville , TN   37807_
(Date)          (Telephone)                (City/State)

OST 1, Supplement B (Revised April 28, 1994)
F-11.15                                                                      RDA 1494

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331



Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org

TO:     DEBBIE PIERCE
FROM:  BEN BAIRD, CHIEF OF POLICE
DATE    FEBRUARY 9, 2005

RE:     ACCEPTANCE OF PHYSICAL AND PHYSIOLOGICAL EXAM

I ACCEPT THE PHYSICAL AND PHYSIOLOGICAL EXAMINATION IN THE FILE OF
RICHARD LOWE.

*"PRIDE, DEDICATION AND SERVICE"*



# CITY OF LA FOLLETTE

207 South Tennessee Ave.
La Follette, Tennessee 37766
Phone (423) 562-4961 ● Fax: (423) 562-6565

**Mayor**
Cliff Jennings

**Vice-Mayor**
Hansford Hatmaker

**Council Members**
Shirley Fox Rogers
Ken Snodderly
Bob Fannon

On this ___17th___ day of __February_____, 2005, I did swear into the

service of the City of LaFollette __Richard Lowe_____, to act in the

capacity of a Police Officer.

Wesley Hatmaker,
LaFollette Municipal Judge

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic Instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

**Personal Allowances Worksheet (Keep for your records.)**

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . **A** _____

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (the total of both) are $1,000 or less.

**B** _____

C  Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . **C** _____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . **D** _____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** _____

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____
(**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $54,000 ($79,000 if married), enter "2" for each eligible child.
- If your total income will be between $54,000 and $84,000 ($79,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children.

**G** _____

H  Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - - - - - - - -

---

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0010

**2005**

| 1  Type or print your first name and middle initial | Last name | | 2  Your social security number |
|---|---|---|---|
| *Richard* | *Lowe* | | *409 98 9833* |

Home address (number and street or rural route)
*1513 Applecross Rd*

City or town, state, and ZIP code
*Corryton, Tn 37721*

3  ☑ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

| 5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | **5** | O |
|---|---|---|
| 6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . | **6** | $ O |

7  I claim exemption from withholding for 2005, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(Form is not valid unless you sign it.) ▶ _____  Date ▶ *2-7-05*

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number (EIN) |
|---|---|---|
| | | |

Case 3:07-cv-00022   Document 20-1   Filed 09/26/08   Page 30 of 45   PageID #: 49

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2005)

ISSUED GEAR TO NEW OFFICERS

WEAPON AND CLIPS ----/---------

BODY ARMOR AND ~~SPARE VEST OUTER COVER~~-----/-------

GAS CARD -------

SAFTEY VEST NUMBER ---/-----

UNIFORMS SHIRTS SUMMER NEW -------- SUMMER USED ---/---- PANTS NEW ------ USED --*3*-

UNIFORMS SHIRTS WINTER NEW---------- USED--*3*----

COATS LT. WEIGHT NEW OR USED -------- WINTER NEW OR USED ---------

POLICE ID CARDS -------

POLICE UNIFORM BADGE ---/---- HAT BADGE---------

BODY MIC FOR CAR CAM ---------

WEB GEAR/HOLSTER----- BELT-------- POUCHES-------

POLICE PORTABLE RADIO AND MIKE SER#--------------------------------

STINGER FLASHLIGHT OR TAC LIGHT ----------------

ARMY SURPLUS ITEMS---------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------

PATROL CAR AND BUILDING KEYS------------------------

ALL SPECIAL ISSUE ITEMS NOT LISTED ABOVE ------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------

OFFICERS NAME ---------

DATE ISSUED ----*2-7-2005*-----------------

*Richard Lowe*



## CONFIRMATION OF MEDICAL EXAMINATION
(To be completed by a licensed physician)

OFFICER: _Richard Lowe_          SSN: _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_

AGENCY: _UNION COUNTY_

### TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the examining physician for the purpose of police officer certification. Upon completion of physical evaluation, **the examining physician should sign the appropriate statement and this form should be returned to the law enforcement agency.** This form should then be attached to the Application for Certification — Police Officer, and should be forwarded to the POST Commission.

### TO THE EXAMINING PHYSICIAN

Pursuant to Tennessee Code Annotated, Section 38-8-106, applicants for police certification must have passed a physical examination by a licensed physician. Upon completion of evaluation, **please sign the appropriate statement and return this document to the law enforcement agency.**

---

## CONFIRMATION STATEMENT OF ATTENDING PHYSICIAN

I have performed a medical examination and find that this officer is:

☑ PHYSICALLY FIT — This person is physically fit within a reasonable degree of medical certainty.

☐ NOT PHYSICALLY FIT — This person is not physically fit for the following reasons:

_____

_____

_____

Comment: _____

_____          2595 maynardville Hwy
(Signature of Licensed Physician)          (Street Address)

_10/30/03_     _865-992-2221_          _Maynardville, TN  37807_
(Date)          (Telephone)          (City/State)

POST 1, Supplement B (Revised April 28, 1994)
SF-1115

RDA 1494

# Rule High School



Knoxville      Tennessee

This is to Certify that

## Richard Lee Lowe, Jr.

has satisfied the requirements for graduation from high school as prescribed by the Tennessee State Board of Education, and is, therefore, awarded this

## Diploma

In Testimony Whereof and by the authority in us vested, we have affixed our signatures this the twenty-seventh day of May, 1988, at Rule High School, Knox County, Knoxville, Tennessee.

_____
Chairman, Knox County Board of Education

_____
State Commissioner of Education

_____
Superintendent of Knox County Schools

_____
Principal of School

Case 3:07-cv-00022    Document 20-1    Filed 09/26/08    Page 33 of 45    PageID #: 52

# PAYROLL CHANGE NOTICE

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN   37766

Date _2-9-05_                 Social Security # _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_

Name _Richard Lowe_                 Job Title _Reserve Police Officer_

Street Address _7513 Applecross Rd._

City/State/Zip _Corryton, Tn._   _37721_   Phone (8.5) _254-4833_

Department _D.P. Police_                 Shift _____

**Check Appropriate Box:**

[handwritten box: 2-15-06]

    _X_ Enter on Payroll
    ____ Change Rate
    ____ Remove from Payroll
    ____ Change Title/Classification to: _Police Officer_
    ____ Change Status to:  ____ Full Time   _X_ Part Time   ____ Temporary
    ____ Leave of Absence: Paid? ____ Yes   ____ No
    ____ Address/Information Change: _____

    ____ Transfer to: (Department) _____
    ____ Change Shift to: _____
    ____ Change Withholding Rate (Complete New W-4 Form)
    ____ Deduct Family Dental Coverage

| | | |
|---|---|---|
| Date Effective _2-9-05_ | | Hour _8.00_ |
| Old Rate | | Per |
| New Rate | | Per |
| Date of Last Payroll Change | | |

**Reason for Payroll Change:**

    ____ Pay Level Increase   ____ Promotion   ____ See Performance Appraisal
    _X_ New Employee   ____ Other _____

**Reason for Termination: (Please Complete Employee Separation Report)**

    ____ Voluntary   ____ Discharged   ____ Laid Off   ____ Other

**Remarks:**

_____

_____

**Authorization:**

Employee Signature: _____   Date: _2-9-05_

Supervisor Signature: _____   Date: _____

City Administrator: _____   Date: _2-9-05_

# DEPARTMENT ISSUED WEAPONS

Date  _02·09 - 2005_

I have received and understand the LaFollette Police Department policy on
department issued weapons.

I have received one Glock, model 22, 40 caliber pistol, serial #  _FGA 7 85_
and three law enforcement magazines. I understand I am responsible for this
weapon and magazines.

Officer's signature  _Richard Lowe_

Printed Name  _Richard Lowe_

Issued by  _JH Lynch_

Issued date  _2-9-05_

Date returned  _____

Received by  _____

ISSUED GEAR TO NEW OFFICERS

WEAPON AND CLIPS --*1*--------

BODY ARMOR AND SPARE VEST OUTER COVER----*1* used new issue

GAS CARD --*1*----

SAFTEY VEST NUMBER --*1*-----

UNIFORMS  SHIRTS SUMMER  NEW -------- SUMMER USED ---*1*--- PANTS NEW ------- USED --*3*--

UNIFORMS SHIRTS WINTER NEW---------- USED--*3*----

COATS LT. WEIGHT NEW OR USED ------- WINTER NEW OR USED --*1*----

POLICE ID CARDS --*1*----

POLICE UNIFORM BADGE --*1*--- HAT BADGE--*1*-----

BODY MIC FOR CAR CAM ---------

WEB GEAR/HOLSTER----- BELT-------- POUCHES-------

POLICE PORTABLE RADIO AND MIKE SER#-------------------------------

STINGER FLASHLIGHT OR TAC LIGHT ---------------

ARMY SURPLUS ITEMS----------------------------------------------------------------------------------------------------------------

PATROL CAR AND BUILDING KEYS-----------------------

ALL SPECIAL ISSUE ITEMS NOT LISTED ABOVE --- *1 Rare Coat*

OFFICERS NAME ---

DATE ISSUSED ---*2-9-2005*---

*Richard Lowe*

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331



Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org

TO:        Richard Lowe
FROM:   Ben Baird, Chief of Police
DATE:    February 2, 2005

RE:        Intent to Hire Richard Lowe as a Reserve Officer

It is my intent to hire Richard Lowe as a reserve Police Officer pending the results of the drug test and agility test.

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN   37766
423-562-4961

We are an equal opportunity employer and do not unlawfully discriminate in employment. No question on this application is used for the purpose of limiting or excluding any applicant from consideration for employment on a basis prohibited by local, state, or federal law. Equal access to employment, services, and programs is available to all persons. Those applicants requiring reasonable accommodation to the application and/or interview process should notify a representative of the organization.

Applicant Name: _Richard Lowe_     Date: _01-28-05_
Position(s) applied for or type of work desired: _____
Address: _7513 Applecross Rd. Carryons, Tn. 37721_
Telephone #_(865) 254-4833_    Social Security #: _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_
Type of employment desired: _X_ Full Time _X_ Part Time _____ Temporary
Date you will be available to start work: _Now_
Are you able to meet the attendance requirement?    _X_ Yes _____ No
Do you have any objection to working overtime if necessary? _____ Yes _X_ No
Can you travel if required by this position?    _X_ Yes _____ No
Have you ever been previously employed by our organization? _____ Yes _X_ No
Can you submit proof of legal employment authorization and identity? _X_ Yes _____ No
If you are under 18, can you furnish a work permit if it is required? _____ Yes _X_ No
Have you ever been convicted of a crime in the last 7 years? _____ Yes _X_ No
If yes, please explain (a conviction will not automatically bar employment): _____
Drivers license number (if driving is an essential job duty): _066759946_
How were you referred to us? _Tony Rhea (Friend)_

## Employment History

*Please provide all employment information for your past three employers starting with the most recent.*

Employer: _Union County Sheriffs office_   Position Held: _SRO_
Address: _901 Maine St Maynardville, Tn. 37807_   Telephone #_992-5212_
Immediate supervisor and title: _Willy Evans_
Dates employed: From_08-03_ To _01-19-05_ Salary: _23,000 year_
Job summary: _School Officer - and - Patrollman_
Reason for leaving: _Wanted to be a full time patrolliooon officer_

Employer:_Knox County School District_ Position Held:_School officer_
Address: _Knoxville, Tn._   Telephone #:_____
Immediate supervisor and title: _Steve Griffin_
Dates employed: From_1999_ To _08-03_ Salary: _19,000 year_
Job summary:_School officer_
Reason for leaving:_went to the police Academy_

Employer:_____ Position Held:_____
Address:_____ Telephone #:_____
Immediate supervisor and title:_____
Dates employed: From _____ To _____ Salary:_____
Job summary:_____
Reason for leaving:_____

I have received, read and understand the City of LaFollette Police
Department Policy and Procedures Manual. My Supervisor has been
available to answer questions that I might have had.


_____ EMPLOYEE'S SIGNATURE

Richard Lowe
_____


_____ 3-12-05 SUPERVISOR'S SIGNATURE


10 Feb 05   Issue

# STATE OF TENNESSEE

## DEPARTMENT OF HEALTH
AMENDED    07/29/1969

NAME    RICHARD LEE LOWE JR

SEX    MALE

DATE OF BIRTH    NOVEMBER 21, 1968

CERT. No.    141-1968-059937

COUNTY OF BIRTH    KNOX

DATE ISSUED    JANUARY 28, 2005

FILE DATE    NOVEMBER 29, 1968

This is to certify that the birth of the person named on this certificate occurred on the date and at the place shown. The original certificate was filed with the Tennessee Department of Health, Office of Vital Records, within one year after the event unless otherwise stated. Reproduction of this document is prohibited. Do not accept unless on security paper with seal. Tennessee Code Annotated 68-3-101 et. seq, Vital Records Act of 1977.

Kenneth S. Robinson, M.D.
COMMISSIONER

Sharon M. Leinbach
STATE REGISTRAR

## CERTIFICATION OF BIRTH

V 572826

RDA/NA



APPLICANT

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

Lowe    Richard    Lee

SIGNATURE OF PERSON FINGERPRINTED

RESIDENCE OF PERSON FINGERPRINTED

ALIASES AKA    ORI    TN0070000
SO
JACKSBORO, TN

DATE OF BIRTH DOB
11-21-68

DATE    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
8-18-05  Calvin Rayner

EMPLOYER AND ADDRESS
1141 Bruce Gap RD
Corryville, Tn  37714

REASON FINGERPRINTED

CITIZENSHIP CTZ

YOUR NO. OCA

FBI NO. FBI

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC
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

MISCELLANEOUS NO. MNU

SEX  RACE  HGT  WGT  EYES  HAIR
M    W    5'6  185  Bro  Bro

PLACE OF BIRTH POB
Knoxville

LEAVE BLANK

CLASS

REF



# TENNESSEE
## PEACE OFFICER STANDARDS AND TRAINING COMMISSION

### CONFIRMATION OF PSYCHOLOGICAL EVALUATION

NAME OF APPLICANT: _Richard L. Lowe_    REFERING AGENCY: _____

SOCIAL SECURITY NUMBER: _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_

TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the psychologist/psychiatrist providing psychological evaluation for the purpose of police officer certification. Upon completion of psychological evaluation, the examining professional should check the appropriate confirmation statement and sign this form in the space provided. This form should then be forwarded to the law enforcement agency. This form should then be attached to the Application for Certification - Police Officer, and should be forwarded to the POST Commission. A copy of this report and the confidential results of the evaluation should be kept in the agency's file. DO NOT SEND CONFIDENTIAL EVALUATION TO THE POST COMMISSION.

TO THE EXAMING PSYCHOLOGIST/PSYCHIATRIST

Pursuant to Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102, applicants for police certification must be free from any disorder as described in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association that would in the professional judgement of the examiner, impair the subject's ability to perform any essential function of the job or would cause the subject to pose a direct threat to public safety. Applicants must be certified as meeting these criteria by a Tennessee Licensed Health Care Provider qualified in the psychiatric or psychological fields. Upon completion of evaluation, Please sign the appropriate statement and return this document to the law enforcement agency.

### CONFIRMATION STATEMENT BY THE EXAMINING PROFESSIONAL

I have evaluated tests administered to the reference individual and find that this officer is:

☒ QUALIFIED                    ☐ NOT QUALIFIED

to be certified under the provisions of Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102. The results of my evaluation are being forwarded to the employing agency.

Any person who, with intent to deceive, makes any false statement on this document commits the offense of perjury pursuant to T.C.A. § 39-16-702.

_George H. Bercaw, M.A., ABDA_
George H. Bercaw, M.A., ABDA
Licensed Senior Psychological Examiner
Health Services Provider /TN Lic # PE 00312 (1975)          (License Number)     (State of License)
Mountain Crest Psychological Center
2307 Napier Road - Suite 107
Chattanooga, TN 37421-1347                                  (Code)    (Telephone)    _6/5/82_ (Date)
Office: (423) 894-4106  Fax: (423) 894-3034
e-mail: bercaw@bellsouth.net  Date of Exam: _5/29/02_

# WALTERS STATE COMMUNITY COLLEGE

## DIVISION OF PUBLIC SAFETY

## EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

## RICHARD L. LOWE

has successfully completed a _453_ hour course of study in

## BASIC POLICE RECRUIT SCHOOL

conducted at ___GREENEVILLE___ , Tennessee.   From 7-15-02  To 9-06-02

_____
INSTRUCTOR/COORDINATOR

SEPTEMBER 6, 2002
DATE

_____
DEAN

_____
VICE PRESIDENT

_____
PRESIDENT



# TENNESSEE
## PEACE OFFICER STANDARDS AND TRAINING COMMISSION

## CONFIRMATION OF PSYCHOLOGICAL EVALUATION

NAME OF
APPLICANT: *Richard L. Lowe*

REFERING
AGENCY: _____

SOCIAL SECURITY NUMBER __*409 · 98 · 4833*__

### TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the psychologist/psychiatrist providing psychological evaluation for the purpose of police officer certification. Upon completion of psychological evaluation, the examining professional should check the appropriate confirmation statement and sign this form in the space provided. This form should then be forwarded to the law enforcement agency. This form should then be attached to the Application for Certification - Police Officer, and should be forwarded to the POST Commission. A copy of this report and the confidential results of the evaluation should be kept in the agency's file. DO NOT SEND CONFIDENTIAL EVALUATION TO THE POST COMMISSION.

### TO THE EXAMING PSYCHOLOGIST/PSYCHIATRIST

Pursuant to Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102, applicants for police certification must be free from any disorder as described in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association that would in the professional judgement of the examiner, impair the subject's ability to perform any essential function of the job or would cause the subject to pose a direct threat to public safety. Applicants must be certified as meeting these criteria by a Tennessee Licensed Health Care Provider qualified in the psychiatric or psychological fields. Upon completion of evaluation, **Please sign the appropriate statement and return this document to the law enforcement agency.**

### CONFIRMATION STATEMENT BY THE EXAMINING PROFESSIONAL

I have evaluated tests administered to the reference individual and find that this officer is:

☒ QUALIFIED                  ☐ NOT QUALIFIED

to be certified under the provisions of Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102. The results of my evaluation are being forwarded to the employing agency.

Any person who, with intent to deceive, makes any false statement on this document commits the offense of perjury pursuant to T.C.A. § 39-16-702.

*George Bercaw, MA*

George H. Bercaw, M.A., ABDA
Licensed Senior Psychological Examiner
Health Services Provider /TN Lic # PE 0C312 (1975)    (License Number)      (State of License)
Mountain Crest Psychological Center
2307 Napier Road - Suite 107
Chattanooga, TN 37421-1847       (Code)      (Telephone)      *6/5/82* (Date)
Office: (423) 894-4106 Fax: (423) 894-3034
e-mail: bercaw@bellsouth.net Date of Exam: *5/29/02*

DL03.1N00/0000..ULN/66759946

+ 1N00/0000                    00026 13:00 2005/06/27

DR.1N0000000
13:00 06/27/05 06542
13:00 06/27/05 00091 1N00/0000
1X1
NAME: LOWE                    RICHARD                L
ADDRESS: 7513 APPLECROSS RD

            CORRYTON           IN 377212930
DR LIC NU: 066759946 BIRTH DATE: 19681121    LIC CLASS: D***  ENDRSE: ****
STICKER NU:                    PREVIOUS CLASS: D***
ISSUE DATE: 20031215    EXPIRATION DATE: 20081121    ORGAN DONOR: NO
EYES: BR  HAIR: BR    SEX: M   RACE: W   HEIGHT: 5FT 06IN   WEIGHT: 175
NON-CDL STATUS: VALID LICENSE
NON-CDL ELIGIBILITY DATE: 0000000000              GUN PERMIT STATUS: VALID
CDL STATUS: NONE
CDL ELIGIBILITY DATE: 0000000000
CURRENTLY REVOKED IN IN FOR DUI? NO      DUI ON/AFTER 1997/01/01:   NO
SOC: 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      TOTAL NON-CDL RECS: 000      TOTAL CDL RECS: 000
RESTRICTIONS: NONE

UH.1N00/0000.NAM/LOWE,RICHARD.DOB/19681121.SEX/M.RAC/W.SOC/409984833.PUR/J.ATN/L
  SCOTT


+ 1N00/0000                    00027 13:02 2005/06/27

UH.1NNC1C000
13:02 06/27/05 02688
13:02 06/27/05 00093 1N00/0000
1X1
1N00/0000
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/LOWE,RICHARD.DOB/19681121.SEX/M.RAC/W.SOC/409984833.
PUR/J.
END