### WALTERS STATE COMMUNITY COLLEGE

### DIVISION OF PUBLIC SAFETY

### EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

## RICHARD L. LOWE

has successfully completed a 453 hour course of study in

## BASIC POLICE RECRUIT SCHOOL

conducted at GREENEVILLE , Tennessee. From 7-15-02 To 9-06-02

_____
INSTRUCTOR/COORDINATOR

SEPTEMBER 6, 2002
DATE

_____
DEAN

_____
VICE PRESIDENT

_____
PRESIDENT



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE  37757 · 423-562-7446

R. DAVID CARROLL
SHERIFF

### Application for Employment
### As of 02/06/03

865- 254-4833

4832



# Campbell County Sheriff's Department

P.O. BOX 62 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RONNIE CLELLAND
SHERIFF

**Employment Application**

Name: Lowe ____ Richard ____ L
_____ Last _____ First ___ M.

Address: 141 Bruce Gap Rd Caryville ___ TN 37714
_____ Street _____ City ___ ST. ZIP Code

Position Applied For: Deputy ____ Date: 6-22-05

Check All That Apply:
Full-Time: (✓) Part-Time: ( ) Regular: ( ) Auxiliary: ( )

## An Equal Opportunity Employer

**Campbell County Sheriff's Department is an Equal Opportunity organization. The Department policy is to treat all employees and applicants without regard to race, color, religion, sex, age, national origin, disability, or veteran status. This policy applies to all aspects of employment, including recruitment, hiring, training, compensation, benefits, and promotion.**



# Campbell County Sheriff's Department

P.O. BOX 82 • JACKSBORO, TENNESSEE 37757 • 423-562-7446

RON MCCLELLAN
SHERIFF

**General Information**

Were you ever in the U.S. military service? Yes: ( ) No: (✓)

Have you ever been convicted of a felony? Yes: ( ) No: (✓)

Were you ever employed under a different name? Yes: ( ) No: (✓)
If yes, list them here: _____

Explain any lapses in employment which are longer than three (3) months.

_____
_____

**Comments:**

Include here any additional information you feel will help us evaluate your qualifications for this position.
You may attach extra sheets if necessary.

_____
_____
_____

**Agreement And Certification**

**Non-binding Application and Interview process**: Submission of this application does not entitle me to be interviewed by the **Campbell County Sheriff's Department**. Further nothing in this application or any other department documents or in the employment evaluation process shall it be construed as either an officer or contract of employment or an obligation on the part of **Campbell County Sheriff's Department** to provide any benefit to me. No employment relationship shall be effective unless and until there is an approved **Campbell County Sheriff's Department** Notice of Personnel Action.

**Duration of this Application**: This application will be considered active for six (6) months. I understand that I must reapply to **Campbell County Sheriff's Department** by completing a separate application each six (6) months if I wish to be considered for any vacancies.

**Employment-At-Will**: I understand that my employment and compensation can be terminated with or without cause, and with or without notice, at any time at the option of either **Campbell County Sheriff's Department** or myself. I understand no supervisor or representative of **Campbell County Sheriff's Department**, except the **Sheriff**, has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing. Further, I understand that false or misleading information given in this application or interview(s) may result in discharge. I also reaffirm my permission for **Campbell County Sheriff's Department** or its agent to conduct a background investigation as outlined on the attached "Reference Check Authorization and Release form."

**Compliance with Guidelines and Policies**: In consideration of my employment, I agree to conform to the rules and regulations of the **Campbell County Sheriff's Department**.

**I have read and fully understand the above.**

Date: 6 - 22 - 05          Signature: _____



# Campbell County Sheriff's Department

P.O. BOX 82 • JACKSBORO, TENNESSEE  37757 • 423-562-7446

RON McCLELLAN
SHERIFF

---

## Work Experience

You may attach a resume as part of this application, however, you must complete all items below.  List all relevant
employment beginning with the most recent.

**Job Number One:**

Employment Dates: From (Mo/Yr) 1 - 05  To (Mo/Yr) 4 - 05

Starting Salary: 8.00 hr  Final Salary: 8.00 hr

Employer: Lafollette Police Department

Nature of Business: Patrol Officer ___ Phone: (423 561-8331

Employer Address: 215 South 7N AVE Lafollette ___ TN ___ 37766
_____ Street _____ City _____ State __ Zip

Position Held: Patrolman ___ Supervisor's Name: Ben Baird

Responsibilities: Road Officer

Reason for Leaving: Pay Raise

---

**Job Number Two:**

Employment Dates: From (Mo/Yr) 6 - 03  To (Mo/Yr) 1 - 05

Starting Salary: 22,000  Final Salary: 23,000

Employer: Union Co. Sheriff's Department

Nature of Business: Deputy - ___ Phone: ( ) -

Employer Address: _____
_____ Street _____ City _____ State __ Zip

Position Held: Deputy ___ Supervisor's Name: Willy Evans

Responsibilities: Road Officer

Reason for Leaving: Better Job

---



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

---

## Personal Data

36
yoA

Name: Lowe (Last) Richard (First) L. (M.)     Social Security No.: 409 - 98 - 4833

Address: 141 Bruce Gap Rd (Street) Caryville (City) TN (State) 37714 (Zip)     D.O.B 11-21-68
254 - 4833

Telephone: (865) 254 4833     Business: (420) 562 - 8331     Other: (   ) ___ - ___

If you have previously been employed by Campbell County Sheriff's Department indicate departments and dates:
No

How did you learn of this position:
Friend

When can you report to work: 6-23-05     Salary Desired: Road Officer Salary

**Education and training:**
Please furnish the following information for all education and training which qualifies you for the position you are seeking.

| Name and Location of School | 2002 | Major | No. of Yrs. Attended: | Type of Degree/Certificate Awarded: |
|---|---|---|---|---|
| Walters State Police Academy | | Basic Recruit | 8wks | POST Certificate |
| | | | | |

**Membership in professional, civic, or other relevant organizations:**

List any other skills you may have (i.e. typing) below:

**Spreadsheet, Database, Word Processing, and Office skills:**
Typing Speed: _____ wpm     Use Dictaphone: _____     Take shorthand: _____

① SRO at Knox County
   for 6 years    South Doyle, Fulton

② Supervisor Steve Griffin

③ Union County

   Supervisor
   Sheriff
   Patrol + SRO

④



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

---

## Work Experience

You may attach a resume as part of this application, however, you must complete all items below. List all relevant employment beginning with the most recent.

**Job Number One:**

**Employment Dates**: From (Mo/Yr) _____ To (Mo/Yr) _____

**Starting Salary**: _____ **Final Salary**: _____

**Employer**: _____

**Nature of Business**: _____ **Phone**: ( ) ____ - _____

**Employer Address**: _____
　　　　　　　　　　Street　　　　　　　　City　　　　　　State　　　　Zip

**Position Held**: _____ **Supervisor's Name**: _____

**Responsibilities**: _____

**Reason for Leaving**: _____

---

**Job Number Two:**

**Employment Dates**: From (Mo/Yr) _____ To (Mo/Yr) _____

**Starting Salary**: _____ **Final Salary**: _____

**Employer**: _____

**Nature of Business**: _____ **Phone**: ( ) ____ - _____

**Employer Address**: _____
　　　　　　　　　　Street　　　　　　　　City　　　　　　State　　　　Zip

**Position Held**: _____ **Supervisor's Name**: _____

**Responsibilities**: _____

**Reason for Leaving**: _____



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

**Drivers License:** 6475996 **Date of Birth:** 11-21-68

**Height:** 5-6" **Weight:** 180

**Are you a Citizen of the U.S.?** Yes: (✓) No: ( )

**\*Ethnic Group:** White: (✓) Black: ( ) Spanish American: ( ) Other: ( )

**\*Marital Status:** Married: ( ) Single: (✓) Divorced: ( )

**\*Number in family:** _____ **\*Number of Dependents:** _____

**Do you have a limited English speaking ability?** Yes: (✓) No: ( )

Eligibility Information:

**Are you employed at the present time?** Yes: (✓) No: ( )

**Are you a veteran of the armed forces of the U.S.?** Yes: ( ) No: (✓)

**Do you have any handicaps or any ailment that may impair your working efficiency?** Yes: ( ) No: (✓)

_____
_____
_____

**Have you ever been convicted of any violation of the law other than a minimum traffic violation?** Yes: ( ) No: (✓)

Most Recent Employment:

**Employer:** Lafollette Police Depart. **Address:** 215 S. TN AVE. Lafollette
**Phone:** 423-562-8331 **Position:** Patrolman
**May We Contact Them:** Yes: (✓) No: ( )

**Give References other than relatives or supervisors listed in the above questions:**

| Name: | Address: | Years Known: |
|---|---|---|
| Sgt. J. Jeffries | LPD | |
| Billy Ford | 9024 Hillside Dr Maxot | 15 |

**Have you ever been finger printed?** Yes: (✓) No: ( )
**Father's Name:** Richard Dykes **Mother's Name:** Betty Dykes

**I certify that this information is true to the best of my knowledge and belief.**
**Date:** 6-22-05 **Phone where you can be reached:** (423)354-4833

_____
Signature



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

# **Reference Check Authorization and Liability Release Form:**

TO WHOM IT MAY CONCERN:

I, __Richard Lowe__, give the Campbell County Sheriff's Department my permission to verify oral and written information from me with past employers, and Federal, State, financial or academic institutions. This information may include, but is not necessarily limited to the following:

- Companies with which I have been employed
- Position Title
- Dates of Employment
- Salary History
- Reason for Termination
- All Academic Records
- All Criminal Conviction Records

I also release any individual, company or institution, third party investigation service, and the Campbell County Sheriff's Department from any liability whatsoever in furnishing such information.

**I have read and fully understand the above.**

Date: 6-22-05                    Signature:



# Campbell County Sheriff's Department

P.O. BOX 82 • JACKSBORO, TENNESSEE 37757 • 423-562-7446

RON McCLELLAN
SHERIFF

Date: 08/10/05

From: Don E. Farmer, Captain/ Training Officer

To: Post Commission, Attention: Gaye Rye

Re: Change of status

Richard L. Lowe was employed as a full-time Deputy Sheriff with the Campbell County
Sheriff's Department on 07/18/05. He was employed with the LaFollette Police
Department as a full-time officer. There has not been a break in service. The Campbell
County Sheriff's Department accepts his physical and psychological evaluations.

RICHARD L. LOWE
D.O.B. 11/21/68
S.S.N. 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
CERTIFICATION # 04-05

Thank you,

*Don E. Farmer*

Don E. Farmer, Captain/Training Officer

# State of Tennessee
# Peace Officer Standards and Training Commission

*This is to certify that*

**Richard L. Lowe**

*has met all the requirements cited in Title 38, Chapter 8, of the Tennessee Code Annotated, and is therefore qualified to serve as a Law Enforcement Officer in the State of Tennessee.*

**January 16, 2004**

C D Buddy Lewis
_____
*Chairman*

Phil Bredesen
_____
*Governor*

SF-0780 Rev. 11-84

Registration No. **04-05**

# State of Tennessee

# Peace Officer Standards and Training Commission

*This is to certify that*

## Richard L. Lowe

*has met all the requirements cited in Title 38, Chapter 8, of the Tennessee Code Annotated, and is therefore qualified to serve as a Law Enforcement Officer in the State of Tennessee.*

## January 16, 2004

_____
**Chairman**

_____
**Governor**

SF-0780 Rev. 11-84

# Tennessee Bureau of Investigation



## Issues This Certificate, Hereby Certifying That

# RICHARD LEE LOWE

has completed a prescribed course of instruction by the Tennessee Bureau of Investigation in

### INTOXIMETER EC-IR OPERATION

which is required by Bureau policy to meet and maintain standards for the performance of law enforcement duties or required by law to be performed by or under the direction of the Bureau in the furtherance of law enforcement.

Recommended:

*Dave M Ferguson*
_____
Instructor

Executed this **3RD** day of **SEPTEMBER, 2002**

Approved:

*Mark Gwyn*
_____
Deputy/Assistant Director

*Larry Wallace*
_____
Director

BI-0063

# Certificate of Attendance

*This certifies that*

**Richard L. Lowe**

*has successfully completed a 36-hour in-service on*
**Criminal Interdiction**
*the week of August 2 – 6, 2004 coordinated by*
*the District Attorney General's Domestic Violence Unit.*



*Sher L. Byrd*

Sher L. Byrd, District Coordinator
*8th Judicial District Attorney General's*
*Domestic Violence Unit*

08/06/04
*Date*

## WALTERS STATE COMMUNITY COLLEGE
### DIVISION OF PUBLIC SAFETY
## EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

### RICHARD LOWE

has successfully completed a 40 hour course of study in

### SCHOOL RESOURCE OFFICER

conducted at __SEVIERVILLE__ , Tennessee.     From __7-7-03__ To __7-11-03__

_____
INSTRUCTOR/COORDINATOR

JULY 11, 2003
DATE

_____
DEAN

_____
VICE PRESIDENT

_____
PRESIDENT

Case 3:07-cv-00022   Document 21-1   Filed 09/26/08   Page 16 of 45   PageID #: 436

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331

Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org



TO:     David G. Young, City Administrator
FROM:   Ben Baird, Chief of Police
DATE:   February 09, 2005

RE:     Employment of Richard Lowe as a Reserve Police Officer

It is my recommendation that Richard Lowe be hired as a reserved police officer for the City of LaFollette.

Mr. Lowe is certified as an officer with Post and is qualified.

*approved:*
*David G Young*
*2-9-05*

**PRIDE, DEDICATION, AND SERVICE**

# PAYROLL CHANGE NOTICE

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN   37766

Date _2-9-05_     Social Security # _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_

Name _Richard Lowe_     Job Title _Reserve Police officer_

Street Address _7513 Applecross Rd_

City/State/Zip _Corryton, Tn._ _37721_   Phone _(865) 254-4833_

Department _La. Police_     Shift _____

**Check Appropriate Box:**

- ☒ Enter on Payroll
- ___ Change Rate
- ___ Remove from Payroll
- ___ Change Title/Classification to: _Police officer_
- ___ Change Status to: ___ Full Time   ☒ Part Time   ___ Temporary
- ___ Leave of Absence: Paid? ___ Yes ___ No
- ___ Address/Information Change: _____

- ___ Transfer to: (Department) _____
- ___ Change Shift to: _____
- ___ Change Withholding Rate (Complete New W-4 Form)
- ___ Deduct Family Dental Coverage

| Date Effective: | 2-9-05 | Hour | $8.00 |
| --- | --- | --- | --- |
| Old Rate | | Per | |
| New Rate | | Per | |
| Date of Last Payroll Change | | | |

**Reason for Payroll Change:**

- ___ Pay Level Increase   ___ Promotion ___ See Performance Appraisal
- ☒ New Employee   ___ Other _____

**Reason for Termination: (Please Complete Employee Separation Report)**

___ Voluntary ___ Discharged ___ Laid Off ___ Other

**Remarks:**

_____

_____

**Authorization:**

Employee Signature: _[signature]_    Date: _2-9-05_

Supervisor Signature: _[signature]_    Date: _____

City Administrator: _____    Date: _____



# STATE OF TENNESSEE

### DEPARTMENT OF HEALTH
AMENDED 07/22/1969

NAME: RICHARD LEE LOWE JR.

SEX: MALE

DATE OF BIRTH: NOVEMBER 21, 1968

CERT. No.: 141-1968-059937

COUNTY OF BIRTH: KNOX

DATE ISSUED: JANUARY 28, 2005

FILE DATE: NOVEMBER 29, 1968

This is to certify that the birth of the person named on this certificate occurred on the date and at the place shown. The original certificate was filed with the Tennessee Department of Health, Office of Vital Records, within one year after the event unless otherwise stated. Reproduction of this document is prohibited. Do not accept unless on security paper with seal. Tennessee Code Annotated 68-3-101 et. seq, Vital Records Act of 1977.

Kenneth S. Robinson, M.D.
COMMISSIONER

Sharon M. Lainbach
STATE REGISTRAR

## CERTIFICATION OF BIRTH

V 572826

RDA/NA



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

RON McCLELLAN
SHERIFF

Date: 08/10/05

From: Don E. Farmer, Captain/ Training Officer

To: Post Commission, Attention: Gaye Rye

Re: Change of status

Richard L. Lowe was employed as a full-time Deputy Sheriff with the Campbell County Sheriff's Department on 07/18/05. He was employed with the LaFollette Police Department as a full-time officer. There has not been a break in service. The Campbell County Sheriff's Department accepts his physical and psychological evaluations.

RICHARD L. LOWE
D.O.B. 11/21/68
S.S.N. 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
CERTIFICATION # 04-05

Thank you,

Don E. Farmer

Don E. Farmer, Captain/ Training Officer

## PERSONAL RECORDS CHECK

**REASON:** Employment

**NAME:** Richard Lee Lowe

**D.O.B.** 11-21-68

**S.S. #:** 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

**RACE:** W    **SEX:** M

**D.L. #** 66759946

**N.C.I.C. RESULTS:** Negative

**D.L. # RESULTS:** Negative

**DATE:** 1-31-05    **OPERATOR NAME:** Brenda Moser / TAC

(865) Richard Lowe
254-4833



Ben will be
here 9 AM on
Monday 31 Jan

James



COMPREHENSIVE



# CIS

## INDUSTRIAL
### SERVICES
#### PHYSICAL THERAPY

**NAME:** RICHARD LOWE **DATE:** 2.7.05

**COMPANY:** CITY OF LAFOUETTE **MD:** _____

**ARMS:** 75.1 **lbs.** 26 **% LEGS:** 218.0 **lbs.** 46 **%**

**ROM:** WNL **RTW:** _____ **NEWHIRE:** ✓ **PASS:** ✓

**FAIL:** _____ **REASON:** _____

**SIGNATURE OF PT OR PTA:** _____

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331



Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org

JULY 14, 2005

TO WHOM IT MAY CONCERN:

I RAN A BACK GROUND CHECK ON RICHARD LOWE. I CHECKED WITH THE UNION
COUNTY SHERIFF OFFICE AND THEY STATED THE ONLY PROBLEM THEY KNEW
ABOUT WAS AT THE MIDDLE SCHOOL.

I SPOKE WITH A PRINCIPAL THERE NAMED MS. CARTER. SHE ADVISED ME THAT
THERE WAS SOME PORN ON A COMPUTER THAT LOWE HAD USED. SHE SAID THE
COMPUTER WAS IN THE LIBRARY AND OTHER PEOPLE HAD ACCESS TO IT. SHE
DID NOT BELIEVE THAT LOWE HAD ANYTHING TO DO WITH THE PORN ON THE
COMPUTER AND SHE GAVE HIM A GOOD RECOMMENDATION FOR A JOB.

*Jack Widener*
*LaFollette P.D.*

**"PRIDE, DEDICATION AND SERVICE"**

# CAMPBELL COUNTY GOVERNMENT
## EMPLOYEE ADD/CHANGE NOTICE
### FISCAL YEAR 2005-2006

Notification Date __*1-3-05*__     Effective Date __*12-29-05*__

Employee Name __*Richard Love*__

Social Security # __*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*__

Mailing Address __*Park Place, Caryville, Tennessee*__
and Phone Number

__*no phone*__

*Circle appropriate classification*
*for designated job listed above*

**Classified Full Time**     **Classified Part Time**

*Fill in correct information*

**Salary** _____

**Hourly Rate** _____

Account Number _____

Changes are: __*termination*__
*New hire, termination, account*
*number change, etc.*

Remarks:
* Who the employee is Replacing,
full time, part-time, temporary, etc.

---

*FMS Use Only*     System # [          ]     Budget Code # [          ]

Department Head __*Charles E. Scott*__     __*1-3-05*__
                                            Date

Payroll Supervisor _____
                                      Date

Director of Finance _____
                                      Date



# Campbell County Sheriff's Department

P.O. BOX 82 · JACKSBORO, TENNESSEE 37757 · 423-562-7446

SHERIFF

DATE: 07-18-2005

E.E. HILL & SON INSURANCE CO.
P.O. BOX 1406
LAFOLLETTE, TN 37766

REF: Richard L. Lowe
D.O.B.: 11-21-1968
S.S.N.: 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
ADDRESS:

    Caryville ,TN 37714
D.L. #: 66759946

GENTLEMEN:

PLEASE BE ADVISED THAT THE ABOVE NAMED INDIVIDUAL HAS BEEN
APPOINTED TO FULL TIME PAID DEPUTY WITH OUR DEPARTMENT.

PLEASE ADD TO OUR BOND AND LIABILITY LIST.

THANK YOU,

SINCERELY,

RON W. McCLELLAN
SHERIFF, CAMPBELL COUNTY



OFFICER: _Richard Lowe_     SSN: _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_

AGENCY: _UNION COUNTY_

## TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the examining physician for the purpose of police officer certification. Upon completion of physical evaluation, **the examining physician should sign the appropriate statement and this form should be returned to the law enforcement agency.** This form should then be attached to the Application for Certification — Police Officer, and should be forwarded to the POST Commission.

## TO THE EXAMINING PHYSICIAN

Pursuant to Tennessee Code Annotated, Section 38-8-106, applicants for police certification must have passed a physical examination by a licensed physician. Upon completion of evaluation, **please sign the appropriate statement and return this document to the law enforcement agency.**

## CONFIRMATION STATEMENT OF ATTENDING PHYSICIAN

I have performed a medical examination and find that this officer is:

☑ PHYSICALLY FIT — This person is physically fit within a reasonable degree of medical certainty.

☐ NOT PHYSICALLY FIT — This person is not physically fit for the following reasons:

_____

_____

_____

Comment: _____

_____

_____     2595 maynardville Hwy
(Signature of Licensed Physician)     (Street Address)

_10/30/03_     _865-992-2223_     _Maynardville, TN 37807_
(Date)     (Telephone)     (City/State)

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331



Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org

TO:        DEBBIE PIERCE
FROM:    BEN BAIRD, CHIEF OF POLICE
DATE      FEBRUARY 9, 2005

RE:        ACCEPTANCE OF PHYSICAL AND PHYSIOLOGICAL EXAM

I ACCEPT THE PHYSICAL AND PHYSIOLOGICAL EXAMINATION IN THE FILE OF
RICHARD LOWE.

**"PRIDE,    DEDICATION    AND    SERVICE"**



# CITY OF LA FOLLETTE

207 South Tennessee Ave.
La Follette, Tennessee 37766
Phone (423) 562-4961 ● Fax: (423) 562-6565

**Mayor**
Cliff Jennings

**Vice-Mayor**
Hansford Hatmaker

**Council Members**
Shirley Fox Rogers
Ken Snodderly
Bob Fannon

On this ___17ᵗʰ___ day of ___February___, 2005, I did swear into the

service of the City of LaFollette ___Richard Lowe___, to act in the

capacity of a Police Officer.

Wesley Hatmaker,
LaFollette Municipal Judge

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

### Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . **A** _____

**B** Enter "1" if: 
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
} . . **B** _____

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . **C** _____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . **D** _____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . **E** _____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____

(**Note. Do not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $54,000 ($79,000 if married), enter "2" for each eligible child.
- If your total income will be between $54,000 and $84,000 ($79,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children. . . . . . . . . . . . . . . . . . . **G** _____

**H** Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - - -

| Form **W-4** | | **Employee's Withholding Allowance Certificate** | | OMB No. 1545-0010 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | **2005** |

**1** Type or print your first name and middle initial | Last name | **2** Your social security number

*Richard* | *Lowe* | 409 98 4833

**Home address (number and street or rural route)**

*1513 Applecross Rd*

**3** ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

**City or town, state, and ZIP code**

*Corryton, Tn 37721*

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | **5** | **O**

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . | **6** | $ **O**

**7** I claim exemption from withholding for 2005, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ | **7**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid unless you sign it.) ▶ *[signature]* | Date ▶ *2-7-05*

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | **9** Office code (optional) | **10** Employer identification number (EIN)

Case 3:07-cv-00022    Document 21-1    Filed 09/26/08    Page 30 of 45    PageID #: 450

For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 10220Q | Form **W-4** (2005)

ISSUED GEAR TO NEW OFFICERS

WEAPON AND CLIPS --/--------

BODY ARMOR AND ~~SPARE VEST OUTER COVER~~----/-------

GAS CARD -------

SAFTEY VEST NUMBER --/-----

UNIFORMS  SHIRTS SUMMER  NEW -------- SUMMER USED ---/---- PANTS NEW ------ USED --3--

UNIFORMS SHIRTS WINTER NEW---------- USED--3----

COATS LT. WEIGHT NEW OR USED --------   WINTER NEW OR USED ---------

POLICE ID CARDS -------

POLICE UNIFORM BADGE ---/---- HAT BADGE---------

BODY MIC FOR CAR CAM ---------

WEB GEAR/HOLSTER----- BELT-------- POUCHES-------

POLICE PORTABLE RADIO AND MIKE SER#-------------------------------

STINGER FLASHLIGHT OR TAC LIGHT ----------------

ARMY SURPLUS ITEMS-----------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------

PATROL CAR AND BUILDING KEYS------------------------

ALL SPECIAL ISSUE ITEMS NOT LISTED ABOVE -----------------------------------------------------------
-----------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------

OFFICERS NAME -------

DATE ISSUED ---8-9-2005-------------

Richard Lowe



CONFIRMATION OF MEDICAL EXAMINATION
(To be completed by a licensed physician)

OFFICER: Richard Lowe          SSN: 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

AGENCY: Union County

## TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the examining physician for the purpose of police officer certification. Upon completion of physical evaluation, the examining physician should sign the appropriate statement and this form should be returned to the law enforcement agency. This form should then be attached to the Application for Certification — Police Officer, and should be forwarded to the POST Commission.

## TO THE EXAMINING PHYSICIAN

Pursuant to Tennessee Code Annotated, Section 38-8-106, applicants for police certification must have passed a physical examination by a licensed physician. Upon completion of evaluation, please sign the appropriate statement and return this document to the law enforcement agency.

## CONFIRMATION STATEMENT OF ATTENDING PHYSICIAN

I have performed a medical examination and find that this officer is:

☑ PHYSICALLY FIT — This person is physically fit within a reasonable degree of medical certainty.

☐ NOT PHYSICALLY FIT — This person is not physically fit for the following reasons:

_____

_____

_____

Comment: _____

_____

_____          2595 maynardville Hwy
(Signature of Licensed Physician)              (Street Address)

10/30/03     865-992-2221          Maynardville, TN 37807
(Date)        (Telephone)              (City/State)

POST 1, Supplement B (Revised April 28, 1994)
SF-1115

RDA 1494



# Rule High School

Knoxville     Tennessee

### This is to Certify that

## Richard Lee Lowe, Jr.

has satisfied the requirements for graduation from high school as prescribed by
the Tennessee State Board of Education, and is, therefore, awarded this

## Diploma

In Testimony Whereof and by the authority in us vested, we have affixed our
signatures this the twenty-seventh day of May, 1988, at Rule High School,
Knox County, Knoxville, Tennessee.



......................................
Chairman, Knox County Board of Education

......................................
Superintendent of Knox County Schools

......................................
State Commissioner of Education

......................................
Principal of School

# PAYROLL CHANGE NOTICE

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN   37766

Date _2-9-05_          Social Security # _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_

Name _Richard Lowe_          Job Title _Reserve Police Officer_

Street Address _7513 Applecross Rd._

City/State/Zip _Corryton, Tn._ _37721_          Phone (865) _254-4833_

Department _D-P Police_          Shift _____

**Check Appropriate Box:**

_X_ Enter on Payroll
___ Change Rate
___ Remove from Payroll
___ Change Title/Classification to: _Police officer_
___ Change Status to: ___ Full Time  _X_ Part Time  ___ Temporary
___ Leave of Absence: Paid? ___ Yes  ___ No
___ Address/Information Change: _____

___ Transfer to: (Department) _____
___ Change Shift to: _____
___ Change Withholding Rate (Complete New W-4 Form)
___ Deduct Family Dental Coverage

| Date Effective | 2-9-05 | Hour | 8.00 |
|---|---|---|---|
| Old Rate | | Per | |
| New Rate | | Per | |
| Date of Last Payroll Change | | | |

**Reason for Payroll Change:**

___ Pay Level Increase  ___ Promotion  ___ See Performance Appraisal
_X_ New Employee  ___ Other _____

**Reason for Termination: (Please Complete Employee Separation Report)**

___ Voluntary  ___ Discharged  ___ Laid Off  ___ Other

**Remarks:**

_____

_____

**Authorization:**

Employee Signature: _____          Date: _2-9-05_

Supervisor Signature: _____          Date: _____

City Administrator: _____          Date: _2-9-05_

# DEPARTMENT ISSUED WEAPONS

Date _02·09 - 2005_

I have received and understand the LaFollette Police Department policy on department issued weapons.

I have received one Glock, model 22, 40 caliber pistol, serial # _FGA 7 85_ and three law enforcement magazines. I understand I am responsible for this weapon and magazines.

Officer's signature _____

Printed Name _Richard Lowe_

Issued by _____

Issued date _2-9-05_

Date returned _____

Received by _____

ISSUED GEAR TO NEW OFFICERS

WEAPON AND CLIPS ---/--------

BODY ARMOR AND ~~SPARE VEST OUTER COVER~~ ---/--- used new issue

GAS CARD ---/---

SAFTEY VEST NUMBER ---/---

UNIFORMS SHIRTS SUMMER NEW -------- SUMMER USED ---/--- PANTS NEW ------- USED --3-

UNIFORMS SHIRTS WINTER NEW---------- USED--3---

COATS LT. WEIGHT NEW OR USED ------- WINTER NEW OR USED --/---

POLICE ID CARDS ---/---

POLICE UNIFORM BADGE ---/--- HAT BADGE---/----

BODY MIC FOR CAR CAM ---------

WEB GEAR/HOLSTER----- BELT-------- POUCHES-------

POLICE PORTABLE RADIO AND MIKE SER#------------------------------

STINGER FLASHLIGHT OR TAC LIGHT ---------------

ARMY SURPLUS ITEMS------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------

PATROL CAR AND BUILDING KEYS------------------------

ALL SPECIAL ISSUE ITEMS NOT LISTED ABOVE ---/ Rare C==t
------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------

OFFICERS NAME _____

DATE ISSUSED __2-9-2005__

Richard Lowe

# LaFollette Police Department

215 South Tennessee Avenue
LaFollette, Tennessee 37766

**BEN L. BAIRD**
Chief of Police

Telephone
423-562-8331

Fax
423-566-5214

Email
lpd@ccdi.net

Web Site
www.laftnpd.org



TO:       Richard Lowe
FROM:   Ben Baird, Chief of Police
DATE:    February 2, 2005

RE:       Intent to Hire Richard Lowe as a Reserve Officer

It is my intent to hire Richard Lowe as a reserve Police Officer pending the results of the drug test and agility test.

"PRIDE, DEDICATION AND SERVICE"

## APPLICATION FOR EMPLOYMENT

**CITY OF LAFOLLETTE**
207 SOUTH TENNESSEE AVENUE
LAFOLLETTE, TN 37766
423-562-4961

We are an equal opportunity employer and do not unlawfully discriminate in employment. No question on this application is used for the purpose of limiting or excluding any applicant from consideration for employment on a basis prohibited by local, state, or federal law. Equal access to employment, services, and programs is available to all persons. Those applicants requiring reasonable accommodation to the application and/or interview process should notify a representative of the organization.

Applicant Name: _Richard Lowe_    Date: _01-28-05_
Position(s) applied for or type of work desired: _____
Address: _7513 Applecross Rd. Corryton, Tn. 37721_
Telephone #_(865) 254-4837_    Social Security #: _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_
Type of employment desired: _X_ Full Time _X_ Part Time _____ Temporary
Date you will be available to start work: _Now_

| | | | |
|---|---|---|---|
| Are you able to meet the attendance requirement? | _X_ Yes | ____ No |
| Do you have any objection to working overtime if necessary? | ____ Yes | _X_ No |
| Can you travel if required by this position? | _X_ Yes | ____ No |
| Have you ever been previously employed by our organization? | ____ Yes | _X_ No |
| Can you submit proof of legal employment authorization and identity? | _X_ Yes | ____ No |
| If you are under 18, can you furnish a work permit if it is required? | ____ Yes | _X_ No |
| Have you ever been convicted of a crime in the last 7 years? | ____ Yes | _X_ No |

If yes, please explain (a conviction will not automatically bar employment): _____
Drivers license number (if driving is an essential job duty): _066759946_
How were you referred to us? _Tony Rhea (Friend)_

### Employment History
*Please provide all employment information for your past three employers starting with the most recent.*

Employer: _Union County Sheriffs office_ Position Held: _SRO_
Address: _901 Main St Maynardville, Tn. 37807_ Telephone #: _992-5212_
Immediate supervisor and title: _Willy Evans_
Dates employed: From _08-03_ To _01-19-05_ Salary: _23,000 year_
Job summary: _School Officer - and - Patrollman_
Reason for leaving: _Wanted to be a Full time Patrollman officer_

Employer: _Knox County School District_ Position Held: _School Officer_
Address: _Knoxville, Tn._ Telephone #: _____
Immediate supervisor and title: _Steve Griffin_
Dates employed: From _1999_ To _08-03_ Salary: _19,000 year_
Job summary: _School officer_
Reason for leaving: _Went to The police Academy_

Employer: _____ Position Held: _____
Address: _____ Telephone #: _____
Immediate supervisor and title: _____
Dates employed: From _____ To _____ Salary: _____
Job summary: _____
Reason for leaving: _____

I have received, read and understand the City of LaFollette Police
Department Policy and Procedures Manual. My Supervisor has been
available to answer questions that I might have had.


_____ EMPLOYEE'S SIGNATURE

Richard Lowe


_____ 3-120 SUPERVISOR'S SIGNATURE


10 Feb 05    Issue

# STATE OF TENNESSEE

## DEPARTMENT OF HEALTH
AMENDED 07/29/1969

**NAME** RICHARD LEE LOWE JR

**SEX** MALE

**DATE OF BIRTH** NOVEMBER 21, 1968

**CERT. No.** 141-1968-059937

**COUNTY OF BIRTH** KNOX

**DATE ISSUED** JANUARY 28, 2005

**FILE DATE** NOVEMBER 29, 1968

This is to certify that the birth of the person named on this certificate occurred on the date and at the place shown. The original certificate was filed with the Tennessee Department of Health, Office of Vital Records, within one year after the event unless otherwise stated. Reproduction of this document is prohibited. Do not accept unless on security paper with seal.
Tennessee Code Annotated 68-3-101 et. seq, Vital Records Act of 1977.

Kenneth S. Robinson, M.D.
COMMISSIONER

Sharon M. Leinbach
STATE REGISTRAR

### CERTIFICATION OF BIRTH

V 572826

RDA/NA



APPLICANT

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM   FIRST NAME   MIDDLE NAME
Lowe            Richard      Lee

SIGNATURE OF PERSON FINGERPRINTED

RESIDENCE OF PERSON FINGERPRINTED

ALIASES AKA

TN0070000
SO
JACKSBORO, TN

DATE OF BIRTH  DOB
11-21-68

DATE   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
8-18-05  Calem Rayner

EMPLOYER AND ADDRESS
11 41 Bruce gap RD
Corryville, Tn  37714

REASON FINGERPRINTED

CITIZENSHIP CTZ

SEX  RACE  HGT  WGT  EYES  HAIR  PLACE OF BIRTH POB
M    W    5'6  185  Bro  Bro  Knoxville

YOUR NO. OCA

FBI NO. FBI

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC
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

MISCELLANEOUS NO. MNU

LEAVE BLANK

CLASS

REF



# TENNESSEE
## PEACE OFFICER STANDARDS AND TRAINING COMMISSION

### CONFIRMATION OF PSYCHOLOGICAL EVALUATION

NAME OF
APPLICANT: _Richard L. Lowe_     REFERING AGENCY: _____

SOCIAL SECURITY NUMBER _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_

### TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the psychologist/psychiatrist providing psychological evaluation for the purpose of police officer certification. Upon completion of psychological evaluation, the examining professional should check the appropriate confirmation statement and sign this form in the space provided. This form should then be forwarded to the law enforcement agency. This form should then be attached to the Application for Certification – Police Officer, and should be forwarded to the POST Commission. A copy of this report and the confidential results of the evaluation should be kept in the agency's file. DO NOT SEND CONFIDENTIAL EVALUATION TO THE POST COMMISSION.

### TO THE EXAMING PSYCHOLOGIST/PSYCHIATRIST

Pursuant to Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102, applicants for police certification must be free from any disorder as described in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association that would in the professional judgement of the examiner, impair the subject's ability to perform any essential function of the job or would cause the subject to pose a direct threat to public safety. Applicants must be certified as meeting these criteria by a Tennessee Licensed Health Care Provider qualified in the psychiatric or psychological fields. Upon completion of evaluation. **Please sign the appropriate statement and return this document to the law enforcement agency.**

### CONFIRMATION STATEMENT BY THE EXAMINING PROFESSIONAL

I have evaluated tests administered to the reference individual and find that this officer is:

☒ QUALIFIED                    ☐ NOT QUALIFIED

to be certified under the provisions of Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102. The results of my evaluation are being forwarded to the employing agency.

Any person who, with intent to deceive, makes any false statement on this document commits the offense of perjury pursuant to T.C.A. § 39-16-702.

_George H. Bercaw, M.A., ABDA_ _MA_

George H. Bercaw, M.A., ABDA
Licensed Senior Psychological Examiner
Health Services Provider /TN Lic # PE 00312 (1975)
Mountain Crest Psychological Center
2307 Napier Road - Suite 107
Chattanooga, TN 37421-1847
Office: (423) 894-4106 Fax: (423) 894-3034
e-mail: bercaw@bellsouth.net  Date of Exam: 5/29/02

(License Number)     (State of License)

(Code)     (Telephone)     6/5/82 /(Date)

Case 3:07-cv-00022     Document 21-1     Filed 09/26/08     Page 42 of 45     PageID #: 462

# WALTERS STATE COMMUNITY COLLEGE
## DIVISION OF PUBLIC SAFETY
# EAST TENNESSEE REGIONAL LAW ENFORCEMENT ACADEMY



# Certificate



This is to certify that

## RICHARD L. LOWE

has successfully completed a 453 hour course of study in

## BASIC POLICE RECRUIT SCHOOL

conducted at GREENEVILLE , Tennessee.     From 7-15-02  To 9-06-02

INSTRUCTOR/COORDINATOR

SEPTEMBER 6, 2002
DATE

DEAN

VICE PRESIDENT

PRESIDENT



# TENNESSEE
## PEACE OFFICER STANDARDS AND TRAINING COMMISSION

## CONFIRMATION OF PSYCHOLOGICAL EVALUATION

NAME OF
APPLICANT: *Richard L. Lowe*      REFERING AGENCY: _____

SOCIAL SECURITY NUMBER  *409 · 98 · 4833*_____
TO THE HEAD OF LAW ENFORCEMENT AGENCY

This form should be presented to the psychologist/psychiatrist providing psychological evaluation for the purpose of police officer certification. Upon completion of psychological evaluation, the examining professional should **check the appropriate confirmation statement and sign this form in the space provided. This form should then be forwarded to the law enforcement agency.** This form should then be attached to the Application for Certification - Police Officer, and should be forwarded to the POST Commission. A copy of this report and the confidential results of the evaluation should be kept in the agency's file. DO NOT SEND CONFIDENTIAL EVALUATION TO THE POST COMMISSION.

### TO THE EXAMING PSYCHOLOGIST/PSYCHIATRIST

Pursuant to Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102, applicants for police certification must be free from any disorder as described in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association that would in the professional judgement of the examiner, impair the subject's ability to perform any essential function of the job or would cause the subject to pose a direct threat to public safety. Applicants must be certified as meeting these criteria by a Tennessee Licensed Health Care Provider qualified in the psychiatric or psychological fields. Upon completion of evaluation, **Please sign the appropriate statement and return this document to the law enforcement agency.**

### CONFIRMATION STATEMENT BY THE EXAMINING PROFESSIONAL

I have evaluated tests administered to the reference individual and find that this officer is:

☒ QUALIFIED                    ☐ NOT QUALIFIED

to be certified under the provisions of Tennessee Code Annotated, Section 38-8-106 and/or Section 8-8-102. The results of my evaluation are being forwarded to the employing agency.

Any person who, with intent to deceive, makes any false statement on this document commits the offense of perjury pursuant to T.C.A. § 39-16-702.

*[signature]* George H. Bercaw, M.A.

George H. Bercaw, M.A., ABDA
Licensed Senior Psychological Examiner
Health Services Provider /TN Lic # PE 00312 (1975)      ___(License Number)      ___(State of License)
Mountain Crest Psychological Center
2307 Napier Road - Suite 107
Chattanooga, TN 37421-1847                    ___(Code)   ___(Telephone)   *6/5/82* (Date)
Office: (423) 894-4106  Fax: (423) 894-3034
e-mail: bercaw@bellsouth.net  Date of Exam: *5/29/02*

DGWS.TN00/0000..ULN/66759946

+ TN00/0000          00026 13:00 2005/06/27

DR.TN0000000
13:00 06/27/05 06542
13:00 06/27/05 00091 TN00/0000
1X1
NAME: LUWE               RICHARD              L.
ADDRESS: 7513 APPLECROSS RD

         CORRYTON        TN 377212930
DR LIC NU: 066759946 BIRTH DATE: 19681121    LIC CLASS: D*** ENDRSE: ****
STICKER NO:                    PREVIOUS CLASS: D***
ISSUE DATE: 20031215    EXPIRATION DATE: 20081121    ORGAN DONOR: NU
EYES: BR   HAIR: BR   SEX: M   RACE: W   HEIGHT: 5FT 06IN   WEIGHT: 175
NON-CDL STATUS: VALID LICENSE
NON-CDL ELIGIBILITY DATE: 0000000000                GUN PERMIT STATUS: VALID
CDL STATUS: NONE
CDL ELIGIBILITY DATE: 0000000000
CURRENTLY REVOKED IN IN FOR DUI? NO    DUI ON/AFTER 1997/01/01:    NU
SOC: 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    TOTAL NON-CDL RECS: 000    TOTAL CDL RECS: 000
RESTRICTIONS: NONE

GH.TN00/0000.NAM/LUWE,RICHARD.DOB/19681121.SEX/M.RAC/W.SOC/409984833.PUR/J.HTN/C
  SCOTT


+ TN00/0000          00027 13:02 2005/06/27

GH.TNNC1C000
13:02 06/27/05 02688
13:02 06/27/05 00093 TN00/0000
1X1
TN00/0000
NU IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/LUWE,RICHARD.DOB/19681121.SEX/M.RAC/W.SOC/409984833.
PUR/J.
END