# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| APRIL ANN HARVEY, *next friend of* RAMSEY ROBERT HARVEY; and MISTY L. GILLIAM, *next friend of* R.H.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAMPBELL COUNTY, TENNESSEE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:07-cv-22<br>)   (Phillips)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the court on plaintiffs' Motion for Additional Time in Which to Respond to the Defendants' Motion for Summary Judgment [Doc. 25]. Citing the potential need for additional discovery in order to respond properly to the motion, plaintiffs request an additional thirty days in which to respond. Plaintiffs further indicated that defendants do not oppose the motion.

For good cause stated, the motion [Doc. 25] is **GRANTED**, whereby plaintiffs shall have up to and including **November 21, 2008** in which to respond to defendants' Motion for Summary Judgment. Plaintiffs are hereby placed on notice, however, that no further extensions will be granted.

      **IT IS SO ORDERED**.

      **ENTER:**

                              s/ Thomas W. Phillips
                              United States District Judge