IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| APRIL ANN HARVEY, wife and next of kin to her husband, Ramsey Robert Harvey, deceased; RYAN A. HARVEY, a minor child and next of kin to his father, Ramsey Robert Harvey, deceased, by and through his mother and next friend, MISTY L. GILLIAM, <br><br>    Plaintiffs, <br><br> vs. <br><br> CAMPBELL COUNTY, TENNESSEE; Former Campbell County Sheriff RON MCCLELLAN, individually and in his official capacity as Sheriff; Former Campbell County Chief CHARLES SCOTT, individually and in his official capacity as Chief Deputy; Campbell County Deputy Sheriff RICHARD LOWE, individually and in his official capacity as a Campbell County Deputy Sheriff; JEFF HALL as Mayor of Campbell County, Tennessee; and SHERIFF GARY PERKINS, in his official capacity as Sheriff of Campbell County, Tennessee, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:07-CV-00022 |

_____

**PLAINTIFFS' FINAL WITNESS LIST AND PLAINTIFFS' FINAL EXHIBIT LIST**
_____

Pursuant to *Fed. R. Civ. P.* 26(a)(3)(A), Plaintiffs, would show the following list of witnesses who may be called during trial of this matter:

1.  April Ann Harvey, c/o Kristie N. Anderson, P.O. Box 196, Jacksboro, TN 37757.

2. Ryan A. Harvey, c/o William T. Wray, The Wray Law Firm, 102 E. Main St., P.O. Box 1303, Kingsport, Tennessee 37662.

3. Misty L. Gillam, c/o William T. Wray, The Wray Law Firm, 102 E. Main St., P.O. Box 1303, Kingsport, Tennessee 37662.

4. Richard Lowe, 705 Indian Cane Road, Blaine, Tennessee 37709.

5. Ron McClellan, c/o Arthur F. Knight, III, Becker, Fleishman, & Knight, P.C., P.O. Box 1710, Knoxville, Tennessee 37901-1710.

6. Charles Scott, c/o Arthur F. Knight, III, Becker, Fleishman, & Knight, P.C., P.O. Box 1710, Knoxville, Tennessee 37901-1710.

7. Special Agent Steve Vinsant, Tennessee Bureau of Investigation.

8. Rick Ford, c/o LaFollette Police Department.

9. William Owens, c/o LaFollette Police Department.

10. Other employees at the LaFollette Police Department.

11. Employees at the Campbell County Sheriff's Department.

Plaintiffs reserve the right to call any witness who has been identified in discovery, in the parties' pretrial disclosures, or on the Defendants' Final Witness/Exhibit List.

Plaintiffs reserve the right to elicit opinion testimony from any witness identified by either party in this matter.

Plaintiffs reserve the right to use the deposition of any other witness if Defendant designates deposition testimony from that witness, or if Plaintiffs learn that such witness(es) will not be available to offer live testimony at trial.

Finally, Plaintiffs reserve the right to call any person, including others not on this witness list, who may be necessary for rebuttal at trial.

<u>PLAINTIFFS' EXHIBIT LIST</u>

1. Indictment of Richard Lowe.

2. Guilty Plea of Richard Lowe.

3. Death Certificate of Ramsey Robert Harvey.

RESPECTFULLY submitted this the 12th day of December, 2008.

**<u>/S/WILLIAM T. WRAY, JR.</u>**
**WILLIAM T. WRAY, JR., (BPR# 1355)**
Attorney for Plaintiffs
The Wray Law Firm
102 E. Main St., P.O. Box 1303
Kingsport, Tennessee 37662
Phone: (423) 378-0101
Fax: (423) 378-0104

**<u>/S/KRISTIE ANDERSON</u>**
**KRISTIE ANDERSON (BPR# 021840)**
Attorney for Plaintiffs
523 Main St., P.O. Box 196
Jacksboro, Tennessee 37757
Phone: (423) 566-9092
Fax: (423) 566-9093

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 12th day of December, 2008.

BY: /s/William T. Wray, Jr.
William T. Wray, Jr.