IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

APRIL ANN HARVEY, wife and
next of kin to her husband,
Ramsey Robert Harvey, deceased;
RYAN A. HARVEY, a minor child and next
of kin to his father Ramsey Robert Harvey,
deceased by and through his mother and
next friend, MISTY L. GILLIAM,

    Plaintiffs,

v.                                                                                         No. 3:07-cv-0022

CAMPBELL COUNTY, TENNESSEE;
Former Campbell County Sheriff RON MCCLELLAN,
individually and in his official capacity as Sheriff;
Former Campbell County Chief CHARLES SCOTT,
individually and in his official capacity as chief deputy;
Campbell County Deputy Sheriff RICHARD LOWE,
individually and in his official capacity as a Campbell County Deputy Sheriff;
JEFF HALL as Mayor of Campbell County, Tennessee; and
SHERIFF GARY PERKINS, in his official capacity as
Sheriff of Campbell County, Tennessee,

    Defendants.

## FINAL WITNESS LIST

    COME the Defendants Campbell County, Tennessee, former Campbell County Sheriff, Ron McClellan, individually and in his official capacity as the former Sheriff, former Campbell County Chief Charles Scott, individually and in his official capacity as the former Chief Deputy of the Department, and current Sheriff Gary Perkins, in his official capacity only by and through counsel, and submits their Final Witness List as follows:

    1.    Richard Lowe;

    2.    Ron McClellan;

3. Charles Scott;

4. Plaintiffs;

5. Steve Vinant;

6. Malcolm Elrod;

7. Rick Ford;

8. William Owens;

9. Lucy Lobertini;

10. Dorothy Michaels;

11. Vickie Webb;

12. Jeff Allen;

13. Vicki Webb;

14. Charles Herman;

15. Mike Ripley;

16. Gary Perkins; and

17. Any witness listed by any other parties.

RESPECTFULLY SUBMITTED this 15th day of December, 2008.

s/Arthur F. Knight, III
Arthur F. Knight, III, BPR #016178
Becker, Fleishman & Knight, P.C.
Post Office Box 1710
Knoxville, Tennessee 37901-1710
Phone: 865/522-5057
Fax: 865/522-6743
sjohnson@bfk-law.com

## CERTIFICATE OF SERVICE

   I hereby certify that on December 15, 2008, a copy of the foregoing Final Witness List was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                s/Arthur F. Knight, III
                Arthur F. Knight, III