**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **APRIL ANN HARVEY,** *next friend of* **RAMSEY ROBERT HARVEY; and MISTY L. GILLIAM,** *next friend of* **R.H.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No. 3:07-cv-22 (Phillips) |
| **CAMPBELL COUNTY, TENNESSEE,** *et al.*, | ) ) ) | |
| **Defendants.** | ) | |

**ORDER**

In light of defendants' interlocutory appeal to the United States Court of Appeals for the Sixth Circuit of this court's denial of qualified immunity [Doc. 35], and the impending trial date of this matter, the court finds that this case should be **STAYED** pending resolution of defendants' appeal by the Sixth Circuit. The final pretrial conference scheduled for January 20, 2009, and the trial scheduled for January 26, 2009 are hereby canceled. Upon disposition of defendants' appeal by the Sixth Circuit, the court will schedule a new trial date and deadlines.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge