## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 06, 2011

Ms. Patricia L. McNutt
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 09-5041 , *April Harvey, et al v. Campbell County, TN, et al*
Originating Case No. : 07-00022

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc:  Kristie N. Anderson
     Ms. Tracey Alice Berry
     Mr. Arthur F. Knight III
     Mr. Richard A. Spivey
     Mr. William T. Wray Jr.

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 09-5041

_____

Filed: June 06, 2011

APRIL ANN HARVEY, next friend, Ramsey Robert Harvey; MISTY L. GILLIAM, next friend, R.H.,

      Plaintiffs - Appellees

v.

CAMPBELL COUNTY, TN; RON MCCLELLAN, individually and in his official capacity as former Sheriff of Campbell County; CHARLES SCOTT, in his official capacity as former Campbell County Chief Deputy,

      Defendants - Appellants

 and

RICHARD LOWE, Individually and in his official capacity as a Campbell County Deputy Sheriff; JEFF HALL, as Mayor of Campbell County, Tennessee; GARY PERKINS, in his official capacity as Sheriff of Campbell County, Tennessee,

      Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 05/10/2011 the mandate for this case hereby issues today.

COSTS:  None